No. 22-35749

_____
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

AARON DALE EATON,

    Plaintiff-Appellant,

      v.

EYNON, Two Rivers Correctional Institution Grievance coordinator; ROSSI, Two Rivers Correctional Institution Grievance coordinator; STARK, Two Rivers Correctional Institution Physical Plant Manager; DARCY, Two Rivers Correctional Institution Physical Plant Asst. Manager; T. BLEWETT, Two Rivers Correctional Institution Superintendent; OREGON DEPARTMENT OF CORRECTIONS; MANEY, Two Rivers Correctional Institution Provider; CYNTHIA LECLOUX, Two Rivers Correctional Institution Provider; WILLIS, Two Rivers Correctional Institution Officer; LEMMON, Two Rivers Correctional Institution Officer; ROBINSON, Two Rivers Correctional Institution Lieutenan,

    Defendants-Appellees.

_____

APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD
_____

Appeal from the United States District Court
for the District of Oregon
_____

ELLEN F. ROSENBLUM
Attorney General
BENJAMIN GUTMAN
Solicitor General
PEENESH SHAH
Assistant Attorney General
1162 Court St. NE
Salem, Oregon 97301-4096
Telephone: (503) 378-4402
peenesh.h.shah@doj.state.or.us
Attorneys for Appellees

_____
_____

# S.E.R.-2

## APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD

Pursuant to Circuit Rule 30-1.7, appellee submits the following Appellees' Supplemental Excerpts of Record, as indexed below.

### INDEX

| Clerk's Docket # | Document | S.E.R. # |
|---|---|---|
| 186 | Plaintiff's Motion to Add Evidence (medical records) | 3 |
| 181 | Plaintiff's Motion to Add Evidence (supp declaration) | 6 |
| 163 | Declaration of Cynthia LeCloux | 11 |
| 141 | Declaration of Arnell Eynon | 15 |
| 141-5 | Records of Grievance TRCI 2020-03-148 | 28 |
| 141-6 | Records of Grievance TRCI 2020-04-020 | 45 |
| 141-7 | Records of Grievance TRCI 2020-04-186 | 47 |
| 141-8 | Records of Grievance TRCI 2020-05-036 | 59 |
| 141-9 | Records of Grievance TRCI 2020-05-077 | 61 |
| 36 | Plaintiff's 11/2/2020 Declaration | 88 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

Aaron Dale Eaton,
    Plaintiff,

Vs.

**Two Rivers Correctional Institution
Grievance coordinator Eynon, et. al.
IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES AS APPROPRIAT,**

      **DEFENDANTS.**

Case No. 2:20-CV-01251-SI

**Honorable Judge Michael H Simon**

**MOTION TO ADD EVIDENCE**

COMES NOW, Aaron Dale Eaton , the plaintiff in the above-entitled action and moves this court for a motion adding to the court record, new evidence that was just received by the plaintiff, this new evidence will show this court that the plaintiff has suffered irreparable harms at the hands of the defendants. See attached exhibit, progress notes Dated 25th of May 2022 "...again in February 2022 which reveal some progression of the moderate, NOW SEVERE, airflow obstruction WITHOUT REVERSIBILTY..."( emphasis added )

This new evidence further shows this court that plaintiff has suffered harms that could have been avoided had the defendants took action.

WHEREFOR plaintiff asks this court to allow this evidence into this court's record.

Dated this 29th day of July , 2022.

                        AARON DALE EATON
                        14997682

**I, Aaron Dale Eaton, duly sworn, do declare to be true and the best of my belief and knowledge under penalty of perjury all of this motion; I am over the age of twenty-one (21) and have personal knowledge of the matters stated herein and are meant for evidence in court;
I have resided here at Snake River Corr. Inst.**

0584

Oregon Department of Corrections
**Progress Notes**

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 25MAY2022 | 12:20 | | Eaton, Aaron # 14997682 |
| | | | **Referring provider:** Monica Mais, NP |
| | | | **Sources of data**: Chart reviewed, case discussed via telemed with provider |

**HPI:** 45 yo M incarcerated since 2017 with unclear prior history of smoking who carries chart diagnosis of COPD/ asthma. He has not been hospitalized or managed in the infirmary previously with exacerbations. He does have limiting dyspnea at some level of exertion but does not report much in the way of cough. He has been monitored with spirometry being checked in December 2020 and again in February 2022 which reveal some progression of the moderate, now severe, airflow obstruction without reversibility. He previously was prescribed FDC (Wixela) but that was discontinued after a brief trial for unclear reasons this year and so has been mostly managed with just albuterol MDI used PRN. He has made occasional presentations to the nurse's station in need of refill of his albuterol so it does seem he is willing to use inhaled therapies and perceives some benefit from them.

Additional evaluations have included several CXR, most recently February 2022 which was read as having increased reticular markings in the bases. On my review I do not appreciate those findings.

**Exam:** 6'2", 240# No wheezing has been documented

**Assessment:** 1. Moderately severe to severe obstructive lung disease; available information makes differentiating COPD from asthma from ACO difficult, and at this juncture not critical to his management.

**Recommendation:**

1. Wixela 250/50 BID 2. Continue albuterol MDI PRN and track his usage/ refill frequency to get some sense if that changes with more regular use of FDC therapy. 3. Next step if response to above is incomplete would be to add LAMA. 4. Do not think additional testing is necessary but gathering additional historical details surrounding his respiratory symptoms and response to treatment should prove useful

**S.E.R.-5**

## CERTIFICATE OF SERVICE

CASE NAME: _Eaton_ v. _Eynon et al_

CASE NUMBER: (if known) _2:20-CV-01251-SI_

COMES NOW, _Harry Deth Eaton_, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at _SRCI_
.

That on the _29_ day of _July_, 20 _22_, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

_Motion To Add Evidence with Oregon Dept. of Corr. progress_

_notes as exhibit._

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
(Signature)

Print Name_____
S.I.D. No.: _____
_____
_____

**S.E.R.–6**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

Aaron Dale Eaton,
     Plaintiff,

Case No. 2:20-CV-01251-SI

**Honorable Judge Michael H Simon**

Vs.

**Two Rivers Correctional Institution**
**Grievance coordinator Eynon, et. al.**
**IN THEIR INDIVIDUAL AND OFFICIAL**
**CAPACITIES AS APPROPRIAT,**

**MOTION**

      **DEFENDANTS.**

---

COMES NOW, Aaron Dale Eaton , the plaintiff in the above-entitled action and moves this

court for a motion adding to the court record, new evidence that was just received by the plaintiff, this

new evidence will show this court that the plaintiff has suffered irreparable harms at the hands of the

defendants. (see declaration Aaron dale Eaton attached)

WHEREFOR plaintiff asks this court to allow this evidence into this court's record.

Dated this 22th day of June , 2022.

AARON DALE EATON
14997682

**I, Aaron Dale Eaton, duly sworn, do declare to be true and the best of my belief and**
**knowledge under penalty of perjury all of this motion; I am over the age of twenty-one (21) and**
**have personal knowledge of the matters stated herein and are meant for evidence in court;**
**I have resided here at Snake River Corr. Inst.**

Pager 1 of 1 Motion

## CERTIFICATE OF SERVICE

**CASE NAME:** _Eaton_ v. _Eynon et al._

**CASE NUMBER:** (if known) _2:20-CV-01251-SI_

COMES NOW, _Nancy Dale Eaton_, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at _SRCI_.

That on the _22_ day of _June_, 20 _22_, I personally placed in the
Correctional Institution's mailing service A TRUE COPY of the following:

_Motion To allow Sup evidence, Declaration in_
_Support and True exhibits_

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s)
named at the places addressed below:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____
(Signature)

Print Name _Nancy Dale Eaton_
S.I.D. No.: _____

_____

_____

**S.E.R.-8**

## DECLARATION
(ORCP Rule 1E)

I, _Aaron Dale Eaton_, do declare that:

by an agreement, my P.F.T.'s (Pulmonary function Test) were looked at by a specialist, after review of both P.F.T.'s and the "Peak flow" tests, The specialist re-ordered my COPD-Asthma of fluticasone/slam which is a steriod for lung damage. When the provider (Mais) told me I was going back on both the steriod inhaler and my rescue inhaler I asked if the damage was "forever" she replied "yes, That's the impression I got". I then asked could the damage to my respitery system been avoided she replied "probably if caught sooner,"

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."

Dated this 16Th day of June, 20 22.

_Aaron Dale Eaton_
(Signature)

Print Name: Aaron Dale Eaton
S.I.D. No. _____

**S.E.R.-9**

**What are the possible side effects of Wixela™ Inhub™?**

**Wixela™ Inhub™ can cause serious side effects, including:**

- **fungal infection in your mouth or throat (thrush).** Rinse your mouth with water **without swallowing** after using Wixe chance of getting thrush.
- **pneumonia.** People with COPD have a higher chance of getting pneumonia. Wixela™ Inhub™ may increase the chance o healthcare provider right away if you have any of the following symptoms:
  - ○ increase in mucus (sputum) production
  - ○ change in mucus color
  - ○ fever
  - ○ chills
  - ○ increased cough
  - ○ increased breathing problems
- **weakened immune system and increased chance of getting infections (immunosuppression)**
- **reduced adrenal function (adrenal insufficiency).** Adrenal insufficiency is a condition where the adrenal glands do no This can happen when you stop taking oral corticosteroid medicines (such as prednisone) and start taking a medicine cont Wixela™ Inhub™). During this transition period when your body is under stress such as from fever, trauma (such as a c worse COPD symptoms, adrenal insufficiency can get worse and may cause death.

  Symptoms of adrenal insufficiency include:
  - ○ feeling tired
  - ○ lack of energy
  - ○ weakness
  - ○ nausea and vomiting
  - ○ low blood pressure (hypotension)
- **sudden breathing problems immediately after inhaling your medicine.** If you have sudden breathing problems immed stop using Wixela™ Inhub™ and call your healthcare provider right away.
- **serious allergic reactions.** Call your healthcare provider or get emergency medical care if you get any of the following symp
  - ○ rash
  - ○ hives
  - ○ swelling of your face, mouth, and tongu
  - ○ breathing problems
- **effects on heart**
  - ○ increased blood pressure
  - ○ a fast or irregular heartbeat
  - ○ chest pain
- **effects on nervous system**
  - ○ tremor
  - ○ nervousness
- **bone thinning or weakness (osteoporosis)**
- **slowed growth in children.** Your child's growth should be checked regularly by the healthcare provider while using Wixel
- **eye problems** including glaucoma, increased pressure in your eye, cataracts, or other changes in vision. You should have Wixela™ Inhub™.
- **changes in laboratory blood levels (sugar, potassium, certain types of white blood cells).**

**Common side effects of Wixela™ Inhub™ include:**

**Asthma:**

- upper respiratory tract infection
- throat irritation
- hoarseness and voice changes
- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- bronchitis
- cough
- headache
- nausea and vomiting

In children with asthma, infections in the ear, nose, and throat are common.

**COPD:**

- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- throat irritation
- hoarseness and voice changes
- viral respiratory infections
- headache
- muscle and bone pain

These are not all the possible side effects of Wixela™ Inhub™.

**S.E.R.-10**

RINSE ONE DOSE TWICE DAILY BY MOUTH - RINSE MOUTH AFTER USE - OK IN CELL

FLUTICASONE/SALM~(WIXELA) #60 100/50MCG   # 1

## ENT MEDICATION

Powder (floo TIK a sone & sal ME te role)

s are used to treat COPD (chronic obstructive pulmonary disease). It may be given to you for other
o treat intense flare-ups of shortness of breath. Use a rescue inhaler. Talk with the doctor.

O TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to
r substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If
e, ask your doctor or pharmacist. TELL YOUR DOCTOR: If you take any drugs (prescription or
th this drug, like certain drugs that are used for HIV, infections, or depression. There are many drugs
acist can tell you if you are taking a drug that must not be taken with this drug. TELL YOUR
l drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of
) and health problems. You must check to make sure that it is safe for you to take this drug with all
hange the dose of any drug without checking with your doctor.

EST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all
drug as you have been told by your doctor or other health care provider, even if you feel well. Use
ich use. Do not swallow the rinse water. Spit it out. If you are using more than 1 inhaled drug, ask the
you need to take it. If you prepare a dose and close the inhaler without taking a dose, it will waste
into the inhaler. Close the inhaler after you use your dose. Do not take the device apart or wash it.
vice. Clean mouthpiece by wiping with a dry tissue or cloth. Do not wash or put in water. This inhaler
left. Throw away the inhaler when the dose counter reaches "0," 1 month after opening the foil
HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature in a dry
ready for use. Protect from heat, cold, and light. Keep all drugs in a safe place. Keep all drugs out
xpired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check
way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I
ur normal time. Do not take 2 doses at the same time or extra doses.

h care providers that you take this drug. This includes your doctors, nurses, pharmacists, and
re high blood sugar (diabetes), talk with your doctor. This drug may raise blood sugar. Call your
your rescue inhaler does not work as well, or if you need to use your rescue inhaler more often. Do
ve been told. Deaths have happened when too much of this type of drug has been taken. Talk with
er form of a steroid, there may be very bad and sometimes deadly side effects. Signs like
ig up, not thinking clearly, or low blood sugar may happen. Call your doctor right away if you have
or any type of infection, you may need extra doses of oral steroids. These extra steroids will help
saying that there may be times when you may need extra steroids. Long-term use may raise the
ive an eye exam as you have been told by your doctor. This drug may cause weak bones
see if you have a higher chance of weak bones or if you have any questions. Have a bone
ith your doctor. You may have more chance of getting an infection. Wash hands often. Stay away
measles can be very bad or even deadly in some people taking steroid drugs like this drug. Avoid
e not had these health problems before. If you have been exposed to chickenpox or measles, talk
are. You could have more side effects. This drug may affect growth in children and teens in some
he doctor. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You
baby. COPD: The chance of getting pneumonia is higher in people with COPD. This drug may
r.

FFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION:
bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help
ms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives;
ut fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual
throat. Signs of infection like fever, chills, very bad sore throat, ear or sinus pain, cough, more
ne, mouth sores, or wound that will not heal. Signs of high blood sugar like confusion, feeling
, flushing, fast breathing, or breath that smells like fruit. Signs of low potassium levels like muscle

**Scott G. O'Donnell, OSB #933849**
sodonnell@keatingjones.com
**Trent J. Andreasen, OSB #195026**
tandreasen@keatingjones.com
Keating Jones Hughes PC
200 SW Market St., Suite 900
Portland, OR 97201-5730
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Cynthia LeCloux

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PENDLETON DIVISION

AARON DALE EATON,

        Plaintiff,

    v.

Two Rivers Correctional Institution
Grievance coordinator Eynon; Two Rivers
Correctional Institution Grievance
coordinator Rossi; Two Rivers Correctional
Institution Physical Plant Manager Stark;
Two Rivers Correctional Institution Physical
Plant Assist. Manager Darcy; Two Rivers
Correctional Institution Superintendent T.
Blewett; Two Rivers Correctional Institution
Provider Maney; Two Rivers Correctional
Institution Provider Cynthia Lecloux; Two
Rivers Correctional Institution Officer Willis;
Two Rivers Correctional Institution Officer
Lemmon; Two Rivers Correctional
Institution Lieutenant Robinson,

        Defendants.

Case No. 2:20-cv-01251-SI

**DECLARATION OF CYNTHIA
LECLOUX IN SUPPORT OF
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

By Cynthia LeCloux

I, the undersigned, Cynthia LeCloux, F.N.P., do hereby declare under penalty of perjury

that the following is true and correct:

/ / /

**DECLARATION OF CYNTHIA LECLOUX IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT  - Page 1**

Doc No. 1803389

1.    I make this declaration in support of Defendant Cynthia LeCloux's Motion for Summary Judgment.

2.    I am a licensed Family Nurse Practitioner, and I was assigned to work at Two River Correctional Institute from August 25, 2020 to November 25, 2020, and again from January 11, 2021 to March 19, 2021.

3.    During my time at Two Rivers Correctional Institute I provided plaintiff with medical care. I saw plaintiff on September 23, 2020, for his regularly scheduled Asthma/COPD visit. This exam was unremarkable, except for plaintiff's complaint that it was difficult to breathe. I had plaintiff perform a peak flow test; which, despite plaintiff's poor effort, showed improvement over his previous peak flow test. Peak flow is a simple measurement of how quickly you can blow air out of your lungs. It is often used to help diagnose and monitor asthma. I also checked his respiratory rate, pulse, blood pressure, and auscultated his lungs and all were within normal limits. The normal oxygen saturation level is above 94% and the plaintiff's level was 96-100%. Additionally, I continued the plaintiff on his Short-Acting Beta Agonist inhaler for his asthma and he was also taking an antihistamine medication.

4.    At the September 23rd appointment, he had mentioned mold in the showers and that the showers were being "worked on." Typically, asthma/COPD follow-up is scheduled every four months but based solely on the plaintiff's report of difficulty breathing, despite an unremarkable exam, a four-week follow-up visit was scheduled for re-evaluation.

5.    On October 25, 2020, I saw plaintiff for his follow up Asthma and COPD appointment. The plaintiff's exam was like the first exam and did not demonstrate any respiratory distress though the plaintiff again complained of having some difficulty breathing at times. Therefore, I ordered the plaintiff to undergo a Pulmonary Function Test. Pulmonary Function Tests (PFTs) are noninvasive tests that show how well the lungs are working. The tests measure lung volume, capacity, rates of flow, and gas exchange. I also ordered a trial of a Long-Acting Beta Agonist inhaler for the treatment of his asthma/COPD.

/ / /

**DECLARATION OF CYNTHIA LECLOUX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** - Page 2

KEATING JONES HUGHES P.C.
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

Case 2:20-cv-01251-SI 2:20-cv-01251-SI Document 67-3 Document 76-3 Filed 01/24/22 Filed 01/24/22 Page 3 of 90 Page 3 of 90

**S.E.R.-13**

6.      My time working at TRCI was limited, and therefore my ability to follow plaintiff's course was hindered.  However, in my opinion as a Family Nurse Practitioner, the care plaintiff received was appropriate.

      **I declare under penalty of perjury that the foregoing is true and correct.**

DATED this  **7**  day of January, 2022.


*Cynthia LeCloux*
Cynthia LeCloux


**DECLARATION OF CYNTHIA LECLOUX IN SUPPORT
OF DEFNEDANT'S MOTION FOR SUMMARY
JUDGMENT - Page 3**

Doc No. 1803389

KEATING JONES HUGHES P.C.
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

**S.E.R.-14**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF CYNTHIA**

**LECLOUX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

on the following:

> Aaron Dale Eaton
> Snake River Correctional Institution
> Prisoner No. 14997682
> 777 Stanton Blvd
> Ontario, OR 97914-8335
> Email: SRCI_EFiling@doc.state.or.us
> Pro Se
>
> Vanessa A. Nordyke
> Oregon Department of Justice
> 1162 Court St NE
> Salem OR  97301
> Phone: (503) 947-4700
> Fax: (503) 947-4792
> Email: vanessa.a.nordyke@doj.state.or.us
> Of Attorneys for Two Rivers Correctional Institution Defendants

by electronically mailed notice from the court to above said attorneys on said day.

DATED this 24th day of January, 2022.

KEATING JONES HUGHES, P.C.


*s/ Trent J. Andreasen*

Trent J. Andreasen, OSB No. 195026
tandreasen@keatingjones.com, FAX 503-796-0699
Of Attorneys for Cynthia LeCloux

Trial Attorney:  Scott G. O'Donnell, OSB No. 933849

**CERTIFICATE OF SERVICE -** Page 4

Doc No. 1803389

ELLEN F. ROSENBLUM
Attorney General
VANESSA A. NORDYKE  #084339
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792
Email:  Vanessa.A.Nordyke@doj.state.or.us

Attorneys for Defendants Blewett, Darcy, Eynon, Lemmon, Maney, Robinson, Rossi, Stark, and
Willis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AARON DALE EATON,<br><br>           Plaintiff,<br><br>     v.<br><br>Two Rivers Correctional Institution Grievance coordinator EYNON; Two Rivers Correctional Institution Grievance coordinator ROSSI; Two Rivers Correctional Institution Physical Plant Manager STARK; Two Rivers Correctional Institution Physical Plant Asst. Manager; DARCY; Two Rivers Correctional Institution Superintendent T. BLEWETT; Two Rivers Correctional Institution PROVIDER MANEY; in their individual or official capacities as applicable, Two Rivers Correctional Institution Provider CYNTHIA LECLOUX; Two Rivers Correctional Institution Officer WILLIS; Two Rivers Correctional Institution Officer LEMMON; Two Rivers Correctional Institution Lieutenant ROBINSON,<br><br>           Defendants. | Case No.  2:20-cv-01251-SI<br><br>DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT |

Page 1 -   DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
VAN/cbh/39914491

**S.E.R.-16**

I, Arnell Eynon, declare and say:

1.   The Oregon Department of Corrections (ODOC) employs me as Grievance Coordinator at the Two Rivers Correctional Institution (TRCI) located in Umatilla, Oregon.  I became the Grievance Coordinator on August 1, 2014.  In that capacity, I am one of the custodians of the records of ODOC.

2.   I make this declaration from a combination of personal knowledge and in reliance on the attached ODOC records, all of which are regularly maintained in the normal course of business.

3.   Adult in custody (AIC) Aaron Eaton, SID #14997682, was admitted to the custody of ODOC on July 13, 2017, and was housed at TRCI from August 10, 2017, until July 1, 2021, when he was transferred to Snake River Correctional Institution (SRCI) in Ontario, Oregon.  AIC Eaton has an earliest release date of August 25, 2027.[1]

## GRIEVANCE REVIEW SYSTEM

4.   Grievances are processed in accordance with the Oregon Administrative Rules (Or. Admin. R.) governing *Grievance Review System (AIC)* found in Chapter 291, Division 109 (effective as of October 18, 2019).[2]

5.   Adults in custody (AICs) are encouraged to communicate with line staff verbally or in writing as their primary means of resolving disputes prior to filing a grievance in order to handle questions and complaints at the lowest local level.[3]  However, if this does not bring resolution, the AIC may file a grievance if it complies with the Rules and there is no other

---

[1] *See* Attachment 1, Housing history.

[2] *See* Attachment 2, Or. Admin. R. § Chapter 291, Division 109, effective October 18, 2019.

[3] *See* Attachment 2, p. 1, Or. Admin. R. § 291-109-0100.

Page 2 -    DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
            FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
            VAN/cbh/39914491

**S.E.R.-17**

review process available.[4]  Grievance forms are available on all housing units with grievance instructions.[5]

6.   AICs cannot have more than four active complaints (grievances, discrimination complaints, or appeals of either) at any one time.[6]  Any grievance or appeal submitted that exceeds that limit will be found to be an improper use of the grievance review and discrimination complaint review systems and returned to the AIC with a statement of the rule.[7]

7.   An AIC may file a single grievance concerning any incident or issue regarding institutional life that directly and personally affects that AIC, including but not limited to:  a) the misapplication of departmental policies, rules, or other directives; b) unprofessional actions of employees, volunteers, or contractors; c) inadequate medical or mental health treatment; d) sexual abuse or sexual harassment; and e) excessive use of force by department employees.[8]

8.   An AIC may file an appeal to any grievance response to the functional unit manager.  To do this, the AIC completes a Grievance Appeal form which must be received by the grievance coordinator within 14 calendar days from the date the grievance response was sent to the AIC by the grievance coordinator.[9]

9.   Additionally, an AIC may submit a final appeal in response to the initial appeal response received.  By completing a Grievance Appeal form which must be received by the grievance coordinator within 14 days of the date that the initial grievance appeal response was sent to the AIC.  The Assistant Director's or designee's decision on an AIC's final grievance appeal is final and is not subject to further review.[10]

---

[4] *See* Attachment 2, p. 6, Or. Admin. R. § 291-109-0210(4)(d).

[5] *See* Attachment 3, Grievance form (effective October 18, 2019).

[6] *See* Attachment 2, p. 7, Or. Admin. R. § 291-109-0215(1).

[7] *See* Attachment 2, p. 7, Or. Admin. R. § 291-109-0215(1).

[8] *See* Attachment 2, pp. 5-6, Or. Admin. R. § 291-109-0210(3)(a)-(e).

[9] *See* Attachment 2, pp. 10-11, Or. Admin. R. § 291-109-0230.

[10] *See* Attachment 2, pp. 11-12, Or. Admin. R. § 291-109-0235.

Page 3 -   DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
           FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
           VAN/cbh/39914491

**S.E.R.-18**

10. I understand that AIC Eaton has alleged in his fourth amended complaint that Defendants Blewett, Darcy, Eynon, Lemmon, Maney, Robinson, Rossi, Stark, and Willis violated his First, Eighth, and Fourteenth Amendment rights by exposing him to "toxic black mold", improperly denying his grievances about the mold, subjecting him to an unconstitutional grievance policy, and not giving him proper medical treatment for mold exposure. All of which are grievable according to Or. Admin. R. § 291-109. Below are the grievances submitted by AIC Eaton concerning the allegations in his fourth amended complaint.[11]

### Grievance No. TRCI.2020.03.148[12]

11. On March 23, 2020, the Grievance Coordinator's Office received a grievance from AIC Eaton dated March 20, 2020. AIC Eaton alleged failure by unnamed medical and physical plant staff to address "toxic black mold".[13]

12. On April 17, 2020, the Grievance Coordinator's Office returned AIC Eaton's grievance for non-compliance with ODOC grievance rules, explaining, "This grievance is denied as you have not met the requirements under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules or other directives, unprofessional actions of department employees, volunteers, or contactors, inadequate medical or mental health treatment. Sexual abuse or sexual harassment or excessive use of force by department employees. Additionally, your grievance contains multiple issues – mold and medical treatment. 291-109-0210 (1) An AIC may only request review of one matter, action, or incident per grievance."[14]

13. AIC Eaton resubmitted this grievance and on May 6, 2020, the Grievance Coordinator's Office returned the grievance for correction and stated, "As previously noted, your

---

[11] *See* Attachment 4, Complaint History Log.

[12] *See* Attachment 5, Grievance No. TRCI.2020.03.148.

[13] *See* Attachment 5, pp. 9-12.

[14] *See* Attachment 5, p. 13.

Page 4 -    DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
            FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
            VAN/cbh/39914491

**S.E.R.-19**

grievance contains multiple issues – mold and medical treatment.  If you are grieving the alleged mold as the primary issue you would like reviewed, please clearly state that in your resubmission and clearly specify that you are not also grieving lack of medical care in this grievance, as referenced on the bottom of your 3-page initial grievance ("medical to properly treat me.")  Additionally, aside from Officer Willis, have you informed any other staff of these concerns?  If so, please specify who and when in your resubmission."  The Grievance Coordinator's Office also informed AIC Eaton "Neither Physical Plant staff, nor medical staff, oversees the cleanliness of housing units.  This is a task completed by Security staff.  However, I have forwarded a copy of this complaint to Operations Captain Rumsey for review, as well as Mr. Stark, Physical Plant Manager, so they are both aware of these concerns."[15]

14.  On May 12, 2020, AIC Eaton resubmitted this grievance for the second time.  The Grievance Coordinator's Office accepted this resubmission on May 19, 2020.[16]

15.  Physical Plant Manager Stark's response to AIC Eaton's grievance was dated June 10, 2020.  Mr. Stark responded that upon his visual inspection of the Unit 2 showers there was nothing visible, "There was no visible discoloration or other notable characteristics, including visible texture or odor."  Mr. Stark discussed the efforts to maintain cleanliness and encouraged AIC Eaton to report any health issues to Health Services, "Cleaning products are regularly provided to each housing unit to ensure that the cleanliness of the showers, as well as the entire unit, is maintained.  Additionally, during the current virus concerns of covid-19, effective April 14, 2020, bleach has been provided to all housing units as an additional cleaning agent.  Housing unit staff have reported hearing no complaints for several months about the condition of the Unit 2 showers.  As a reminder, anytime you experience an illness or injury, or have questions about your wellness, you are encouraged to contact Health Services.  Routine care can be accessed through Communication Forms.  Illnesses can be addressed through sick-

---

[15] *See* Attachment 5, pp. 15-16.

[16] *See* Attachment 5, pp. 9-11.

Page 5 -   DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
            FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
            VAN/cbh/39914491

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

**S.E.R.-20**

call signups.  Acute health concerns can be addressed anytime by contacting a staff member for help."[17]

    16.  On June 30, 2020, the Grievance Coordinator' Office received AIC Eaton's an initial appeal.[18]  On July 10, 2020, the Grievance Coordinator "returned for correction" AIC Eaton's initial appeal for non-compliance with ODOC's grievance rules, explaining "An AIC may not submit a grievance representing other AICs, or acts where an AIC is a spokesperson for other AICs (Group Grievance).  Remove reference to other AICs." The rule identifying how to resubmit a grievance was also given.[19]  AIC Eaton resubmitted the initial appeal which was received on July 16, 2020, and accepted on July 24, 2020.[20]

    17.  Mr. Blewett, Superintendent, responded to AIC Eaton's initial appeal in a letter dated September 25, 2020.[21]

    18.  On October 1, 2020, the Grievance Coordinator's Office received a final appeal from AIC Eaton dated September 30, 2020.  This final appeal was accepted on October 9, 2020.[22]

    19.  Mr. Nooth, Eastside Institutions Administrator, responded to AIC Eaton's final appeal in a letter dated October 26, 2020.[23]  AIC Eaton completed the grievance review process for this grievance.

### Grievance No. TRCI.2020.04.020[24]

---

[17] *See* Attachment 5, p. 8.

[18] *See* Attachment 5, pp. 4-6.

[19] *See* Attachment 5, p. 7.

[20] *See* Attachment 5, pp. 4-6.

[21] *See* Attachment 5, p. 3.

[22] *See* Attachment 5, p. 2.

[23] *See* Attachment 5, p. 1.

[24] *See* Attachment 6, Grievance No. TRCI.2020.04.020.

Page 6 -   DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
             FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
             VAN/cbh/39914491

**S.E.R.-21**

20. On April 3, 2020, the Grievance Coordinator's Office received AIC Eaton's grievance grieving Defendant Rossi for "failure to perform job duties" and denying due process for refusing to respond to AIC Eaton's communications.[25]

21. On April 23, 2020, the Grievance Coordinator returned the grievance for non-compliance with grievance rules, explaining, "Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, sexual abuse or sexual harassment or excessive use of force by department employees." AIC Eaton did not resubmit this grievance and did not complete the review process for this grievance.[26]

## Grievance No. TRCI.2020.04.186[27]

22. On April 22, 2020, the Grievance Coordinator's Office received AIC Eaton's grievance which alleged that TRCI's Physical Plant had failed to protect him from mold in the showers in Unit 2. The Grievance coordinator denied the grievance on April 27, 2020.[28] On May 22, 2020, the Grievance Coordinator's Office returned the grievance to AIC Eaton for non-compliance with ODOC grievance rules, with a memo which explained, "An AIC cannot submit more than a combined total of four grievances and discrimination complaints per calendar month." The Grievance Coordinator also explained, "Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers,

---

[25] *See* Attachment 6, p. 2.

[26] *See* Attachment 6, p. 1.

[27] *See* Attachment 7, Grievance No. TRCI.2020.04.186.

[28] *See* Attachment 7, pp. 11-12.

Page 7 -    DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
VAN/cbh/39914491

or contractors, inadequate medical or mental health treatment, sexual abuse or sexual harassment or excessive use of force by department employees."[29]

23. On May 29, 2020, AIC Eaton submitted an initial appeal.[30] The Grievance Coordinator denied the initial appeal, explaining in a memo dated June 11, 2020, "Grievance# TRCI-2020-04-186 was received on 4/22/20, and was the 5th grievance received in April 2020. Refer to: 291-109-0215(1) An AIC cannot have more than four active complaints (grievances, discrimination complaints, or appeals of either) at any time. Any grievance or appeal submitted that exceeds that limit will be found to be an improper use of the grievance review and discrimination complaint review systems and returned to the AIC with a statement of the rule. (2) An AIC cannot submit more than a combined total of four initial AIC grievances and discrimination complaints per calendar month."[31]

24. On June 17, 2020, the Grievance Coordinator's Office received a final appeal, dated June 15, 2020, from AIC Eaton.[32] The Grievance Coordinator denied the final appeal on June 26, 2020. The Grievance Coordinator sent a memo dated July 1, 2020, to AIC Eaton which explained the denial of the final appeal, "The grievance rule does not permit a returned grievance or grievance appeal to be appealed. Therefore, this appeal is denied. Refer to previous communications sent to you."[33]

25. AIC Eaton failed to follow the rules of not exceeding the maximum number of grievances permitted per month. His grievance was denied pursuant to well-established grievance rules. AIC Eaton did not complete the grievance review process for this grievance.

---

[29] *See* Attachment 7, p. 10.

[30] *See* Attachment 7, pp. 6-9.

[31] *See* Attachment 7, pp. 4-5.

[32] *See* Attachment 7, pp. 2-3.

[33] *See* Attachment 7, p. 1.

Page 8 -    DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
             FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
             VAN/cbh/39914491

# S.E.R.-23

## Grievance No. TRCI.2020.05.036[34]

26.  On May 12, 2020, the Grievance Coordinator's Office received a grievance from AIC Eaton, dated May 10, 2020, grieving the "Director of ODOC" (Colette Peters) concerning "black mold" in the shower.  On May 19, 2020, the Grievance Coordinator accepted AIC Eaton's grievance.[35]

27.  Physical Plant Manger Stark responded to AIC Eaton's grievance on June 10, 2020.  Mr. Stark explained again, "Cleaning products are regularly provided to each housing unit to ensure that the cleanliness of the showers, as well as the entire unit, is maintained. Additionally, during the current virus concerns of covid-19, effective April 14, 2020, bleach has been provided to all housing units as an additional cleaning agent.  Housing unit staff have reported hearing no complaints for several months about the condition of the Unit 2 showers.  As a reminder, anytime you experience an illness or injury, or have questions about your wellness, you are encouraged to contact Health Services.  Routine care can be accessed through Communication Forms.  Illnesses can be addressed through sick-call signups.  Acute health concerns can be addressed anytime by contacting a staff member for help."[36]

28.  On June 16, 2020, the Grievance Coordinator's Office received AIC Eaton's initial appeal dated June 13, 2020.  The initial appeal was accepted on June 25, 2020.[37]

29.  Mr. Blewett, Superintendent, responded to AIC Eaton's initial appeal in a letter dated July 24, 2020.[38]

---

[34] *See* Attachment 8, Grievance No. TRCI.2020.05.036.

[35] *See* Attachment 8, pp. 8-12.

[36] *See* Attachment 8, p. 7.

[37] *See* Attachment 8, pp. 5-6.

[38] *See* Attachment 8, p. 4.

Page 9 -    DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
            FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
            VAN/cbh/39914491

Case 2:20-cv-01251-SB   Document 144-5   Filed 12/09/21   Page 24 of 90

30.  On July 30, 2020, the Grievance Coordinator's Office received a final appeal from AIC Eaton of which page 1 was dated July 28, 2020, while page 2 was dated February 28, 2020, seemingly in error.  This final appeal was accepted on August 7, 2020.[39]

31.  Mr. Nooth, Eastside Institutions Administrator, responded to AIC Eaton's final appeal in a letter dated August 26, 2020.[40]  AIC Eaton completed the grievance review process for this grievance.

## Grievance No. TRCI.2020.05.077[41]

32.  On May 12, 2020, the Grievance Coordinator's Office received a grievance from AIC Eaton, dated May 8, 2020, grieving AIC Eaton's "Medical Provider" stating that he had "been complaining of respiratory issues to Medical, The Medical dept.  Provider prescribed me "Albuterol" upon further study I've found that my respiratory issues could be sinusitis as my complaints to medical include complaints of pain, coughing, wheezing and respiratory allergy type symptoms.  Medical has failed to treat, and or test me, while advising me to purchase "Loratadine".  The exhibits AIC Eaton sent with this grievance reference his assertion that black mold was found in the Unit 2 showers.[42]  On May 19, 2020, the Grievance Coordinator returned AIC Eaton's grievance for correction.  A memo dated June 2, 2020, explained that the grievance was being returned due to non-compliance with the DOC grievance rules, "A grievance must include a complete description of the incident or issue being grieved, including date and time of the incident or issue being grieved, and the specific individual responsible for the incident or issue.  Clearly state what occurred on you listed incident."[43]

---

[39] *See* Attachment 8, pp. 2-3.

[40] *See* Attachment 8, p. 1.

[41] *See* Attachment 9, Grievance No. TRCI.2020.05.077.

[42] *See* Attachment 9, pp. 8-11, 13-17.

[43] *See* Attachment 9, p. 12.

Page 10 -  DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
         FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
         VAN/cbh/39914491

**S.E.R.-25**

33. Health Services RN Faulstich's response to AIC Eaton's grievance was dated June 24, 2020. RN Faulstich responded, "I have read the above referenced grievance, and thoroughly reviewed your Medical Record. Documentation shows your long history of asthma and COPD, with corresponding and successful treatments. You have not presented any additional symptoms that would indicate other than exacerbation of either condition. The treatments prescribed to you; albuterol and Zyrtec (in place of Loratidine not available from canteen at present) were prescribed by consult with the Provider. Providers are attempting to see patients as the current health restrictions/precautions will allow, but are essentially still limited to urgent/emergent conditions beyond trying to see those who had to be cancelled previously. Nurses are capable of assessing very effectively and consulting with Providers to assure needs are met. I find you have been seen, assessed and treated appropriately as indicated, the Provider will see you as indicated."[44]

34. On July 6, 2020, the Grievance Coordinator' Office received AIC Eaton's an initial appeal. On July 15, 2020, the Grievance Coordinator accepted the initial appeal.[45]

35. Deputy Medical Director Dr. Roberts responded to AIC Eaton's initial appeal in a letter dated September 30, 2020. In Dr. Roberts' response he stated, "Documentation confirms you are being seen and treated appropriately for the symptoms you have referred to in your grievance appeal."[46]

36. On October 12, 2020, the Grievance Coordinator's Office received a final appeal from AIC Eaton dated October 9, 2020. This final appeal was accepted on October 22, 2020.[47]

37. Assistant Director of Health Services Mr. Bugher responded to AIC Eaton's final appeal in a letter dated February 8, 2021. In his response, Mr. Bugher stated, "You have been

---

[44] *See* Attachment 9, p. 7.

[45] *See* Attachment 9, pp. 4-6.

[46] *See* Attachment 9, p. 3.

[47] *See* Attachment 9, p. 2.

Page 11 -   DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
VAN/cbh/39914491

**S.E.R.-26**

evaluated appropriately by qualified Medical personnel and given treatment according to Community Standards and Practices. You have been evaluated by Nurses at Sick Call, who consulted with the Provider. You have been prescribed an Albuterol inhaler, and an additional inhaler, Wixela, as well as received a dose pack of Prednisolone. Documentation confirms you have been, and continue being, seen and treated appropriately for the symptoms you have referred to in your grievance."[48] AIC Eaton completed the grievance review process for this grievance.

## CONCLUSION

38. AIC Eaton did not exhaust any grievances concerning Defendants Rossi, Darcy, or Eynon having to do with the allegations in the fourth amended complaint. Nor did any of these Defendants respond to any of the grievances listed above that AIC Eaton did submit.

39. AIC Eaton did not specifically mention or grieve Defendants Darcy, Eynon, Lemmon, Maney, Robinson, or Willis for any allegations in his fourth amended complaint. Nor did any of these Defendants respond to any of the above grievances which concern the allegations in his fourth amended complaint.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on November 22, 2021.

ARNELL EYNON

---

[48] *See* Attachment 9, p. 1.

Page 12 - DECLARATION OF ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
VAN/cbh/39914491

## CERTIFICATE OF SERVICE

I certify that on December  9 , 2021, I served the foregoing DECLARATION OF

ARNELL EYNON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY

JUDGMENT TO PLAINTIFF'S FOURTH AMENDED COMPLAINT upon the parties hereto

by the method indicated below, and addressed to the following:

Aaron Dale Eaton              ___ HAND DELIVERY
SID #14997682                ___ MAIL DELIVERY
Snake River Correctional Institution     ___ OVERNIGHT MAIL
777 Stanton Blvd.             ___ TELECOPY (FAX)
Ontario, OR 97914            ___ E-MAIL
      Plaintiff Pro Se          **X E-SERVED PURSUANT TO**
                                    **SRCI STANDING ORDER NO. 2019-12**

Scott G O'Donnell           ___ HAND DELIVERY
Trent Andreasen             ___ MAIL DELIVERY
Keating Jones Hughes PC      ___ OVERNIGHT MAIL
200 SW Market St. Suite 900     ___ TELECOPY (FAX)
Portland, OR 97201           ___ E-MAIL
      Attorney for Defendant Lecloux    **X E-SERVED**

                   *s/ Vanessa A. Nordyke*
                   VANESSA A. NORDYKE #084339
                   Senior Assistant Attorney General
                   Trial Attorney
                   Tel (503) 947-4700
                   Fax (503) 947-4792
                   Vanessa.A.Nordyke@doj.state.or.us
                   Of Attorneys for Defendants Blewett, Darcy,
                      Eynon, Maney, Rossi, Stark and Oregon
                      Department of Corrections

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4792

**S.E.R.-28**



## Oregon
Kate Brown, Governor



**Department of Corrections**
Operations Division
2575 Center Street NE
Salem, OR 97301-4667
Voice: 503-945-0950
Fax: 503-945-7178

October 26, 2020

AIC Eaton, Aaron, SID #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

Dear Mr. Eaton,

This letter is in response to your second-level Grievance Appeal, #TRCI-2020-03-148AA, in which you claim Mr. Stark agreed with your assessment of black mold present on Unit 02.

I have reviewed your appeal, and I concur with the response you received from Assistant Superintendent Jackson on behalf of Superintendent Blewett. You have not provided any additional information in this appeal that would warrant a response other than that which you have alread received.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Sincerely,

Mark Nooth
Eastside Institutions Administrator

cc:   M. Gower, Asst. Director of Operations
      T. Blewett, Acting TRCI Superintendent
      TRCI Grievance Coordinator
      File

**SENT**
NOV 02 2020
TRCI GRIEVANCE OFFICE

**RECEIVED**
NOV 02 2020
TRCI GRIEVANCE OFFICE

**S.E.R. 29**

Grievance # TRCI-2020-03-148AA ✓ HT
Official Use Only    Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton    Aaron    D    14997682    2-7-B
   Last      First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

So when Mr. Sterk came to unit 2 before they started ripping all the tiles out of our showers and we talked, your saying, he was outside of his Job/office when he clearly stated "Yes that is Mold"?

Does not matter because I Took Samples of the mold and I have sent it out, Those Samples are going to be tested for Mold Toxicity and Type.

The Showers being replaced now does not make my injuries go away Ive suffered actual assault and battery at the hands of Mr. Blewett and His staff here at TRCI.

The act of not removing a known Health Hazard is negligent on behalf of TRCI personal. at a minimum if not deliberate with indifference To my Health and Safety as well as my wellbeing.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Do what you ask us to do admit, and correct The issue

9-30-20
Date

Aaron Dale Eaton
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 01 2020 TRCI GRIEVANCE OFFICE | ACCEPTED OCT 09 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*    CD 117C (10/2019)

**S.E.R.-30**

 # Oregon

Kate Brown, Governor

**Oregon Department of Corrections**
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882
Voice: 541-922-2001



September 25, 2020

Aaron Eaton, SID #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882

Dear Mr. Eaton,

This letter is in response to your Initial Grievance Appeal, #TRCI-2020-03-148A, in which you do not agree with Mr. Stark's statements in regards to black mold in the unit 2 showers.

I have reviewed your appeal, as well as all prior documentation relating to this grievance. Lt. Robinson stated that he never made a comment nor agreed that the showers had "black mold" as he is not a subject matter specialist. Additionally, the removal of the shower tile is not directed by me in regards to this complaint and has been a long term plan for approximately 2 years to address poor house keeping practices by AICs. Mr. Stark's response to your complaint is accurate and he also stated he spoke with you in person on the unit and you shared some of your concerns. Mr. Stark said the conversation was productive and you understood the showers would be replaced in a short amount of time. Any future health concerns, for any reason or cause, should be addressed through TRCI's medical unit.

Thank you for addressing your concerns appropriately.

Sincerely,

Tyler Blewett, Superintendent
Two Rivers Correctional Institution

cc:     TRCI Grievance Coordinator

RECEIVED
SEP 28 2020
TRCI GRIEVANCE OFFICE

SENT
SEP 28 2020
TRCI GRIEVANCE OFFICE

1 of 3

Grievance # TRCI-2020-03-148A
Official Use Only        Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton    Aaron    D    14997682    2-7-A
       Last      First    Initial    SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

First of all I See that the response was sent to me on Jun 11th yet I did not recieve it Till June 20th that is 9 days to Travel 1500 ft. Wow hindering, chilling, obstructions at TRCI finest.

I disagree with physical plant manager J. Stark because:

(1). He is not qualified by the State to make expert opinion as to the alligations of Toxic Black Mold in our Showers on unit 2.

(2). ~~Adults in custody~~ I have believed physical plant manager J Stark assessment of the Showers on unit 2 and cleaned them with out any kind of protected gear and have ended up very Sick with Respitorory issues and ~~were seen~~ was seen by TRCI medical Staff for Toxic Black mold Exposure and ~~were~~ was placed on

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

6-24-20
Date

RECEIVED
JUL 16 2020
TRCI GRIEVANCE OFFICE

Aaron D Eaton
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | ACCEPTED |
|---|---|---|---|
| | RECEIVED JUN 30 2020 TRCI GRIEVANCE OFFICE | Returned For Correction JUL 08 2020 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 24 2020 TRCI GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)    CD 117C (10/2019)

Case 2:20-cv-01251-SI / Document 31-5 Filed 12/09/21 Page 5 of 17
Case 2:20-cv-01251-SI / Document 31-5 Filed 11/09/21 Page 2 of 17
**S.E.R.-32**

2 of 3

Grievance # _TRCI-2020-03-148A_
Official Use Only



## GRIEVANCE APPEAL FORM

Name: __Eaton__ __Aaron__ __D__ __1499768Z__ __2-7-A__
    Last      First     Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

emergency inhalers and immune system boosters By TRCI Providers.

(3). L.T Robinson came to the unit (2) Sent by Sup. T. Blewett and verified the absolute presence of black mold and Sup T. Blewett is addressing This issue personally by ordering all TRCI showers to have the moldy tiles removed in the future. Said L.T Robinson on 5-31-20 @ Dinner time to me.

(4). Samples had been taken and sent out for evaluation by a State Certified Hazardus Material Expert and we are awaiting the results.

(5) Physical Plant Manger Stark acted with deliberate indifference to my needs to be free from all Hazardous toxic Black Molds and

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_6-24-20_
Date

**RECEIVED**
JUL 16 2020
TRCI GRIEVANCE OFFICE

_Aaron D Eaton_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| **ACCEPTED** JUL 24 2020 TRCI GRIEVANCE OFFICE Date Stamp | RECEIVED JUN 30 2020 TRCI GRIEVANCE OFFICE Date Stamp | DENIED JUL 08 2020 TRCI GRIEVANCE OFFICE Date Stamp | Returned For Correction JUL 08 2020 TRCI GRIEVANCE OFFICE Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)    CD 117C (10/2019)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-170

**S.E.R.-33**

3 of 3

Grievance # TRCI-2020-03-148A
Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton       Aaron       D          14997682        2-7-A
      Last         First      Initial    SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Provided Safe and Sanitary living conditions resulting in actual injury
to my lungs and he has allowed This Toxic mold To compromise
my immune system during This Covid 19 pandemic exposing me to
a possible life threatening flure because Staff members keep
bringing Covid 19 into the institution with no regard for my
Health and Safety. The mold inhanses my changes of get Covid-19.
(6) Physical Plant Manager J. Stark acted with deliberate indif-
ference to my needs to be housed under Safe living condition
having changed my Sentence from having to serve Time To
a Sentence of Death.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Obey The laws you are sworn to uphold, Replace all Showers and
Keep my conditions of confinement Safe. Or Transfer me to
a Safe institution of my choosing

6-24-20                    **RECEIVED**              Aaron D Eaton
Date                       JUL 16 2020               Signature
                      TRCI GRIEVANCE OFFICE

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | Returned For Correction | ACCEPTED |
| | JUN 30 2020 | JUL 08 2020 | JUL 24 2020 |
| | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*          CD 117C (10/2019)

**S.E.R.-34**



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## Initial Appeal - Returned for Correction(s)

**To:** Eaton, Aaron Dale     **SID #:** 14997682     **Cell:** TRCI:02-07A
**From:** Rossi, H     *For A. Eynon,*    **Date:** 07/10/2020
       TRCI Grievance Coordinator

    **Re:** Non-Medical# TRCI_2020_03_148 A

The initial grievance appeal you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An AIC may not submit a grievance representing other AICs, or acts where an AIC is a spokesperson for other AICs (Group Grievance).

Remove reference to other AIC's.

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and grievance appeals returned for correction:

(a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules.

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from when the grievance or grievance appeal was originally returned to the AIC.

(c) If rewritten, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your initial grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

SENT

JUL 1 0 2020

TRCI GRIEVANCE OFFICE

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

# S.E.R.-35



## GRIEVANCE RESPONSE FORM

__TO BE FILLED OUT BY STAFF__                                    Grievance #: TRCI-2020-03-148

TO:    Eaton, Aaron                          14997682
       Name of grievant                      SID #

FROM:  J. Stark                 Physical Plant Manager
       Name of respondent              Title

List, in detail, action(s) taken.  (What action was taken?  Was the action what the AIC requested?  If not, why?  Who took the action?  When was the action taken – date/time?)

This is in response to your grievance #TRCI-2020-03-148:

Your allegation has been reviewed concerning possible "toxic black mold" in the showers of housing unit 2.  Upon my recent visual inspection of the Unit 2 showers, nothing visible was seen concerning this allegation.  There was no visible discoloration or other notable characteristics, including visible texture or odor.  The condition of the Unit 2 showers appear to be maintained in an ordinary fashion.  The flat tile surface and the grout in between tiles did not appear to be discolored or dirty but had ordinary amounts of soap scum / hard water stains.  The yellowing of the grout lines on the bottom 18" or so of the walls appears to be standard soap scum. The walls are filled with a white grout and the floors are filled with a dark tan grout. The floor grout, when wet, appears even darker than it really is due to moisture absorption but none of this could be construed as mold.  I did not visually see or otherwise note anything that would appear to present a health risk.  Cleaning products are regularly provided to each housing unit to ensure that the cleanliness of the showers, as well as the entire unit, is maintained.  Additionally, during the current virus concerns of covid-19, effective April 14, 2020, bleach has been provided to all housing units as an additional cleaning agent.  Housing unit staff have reported hearing no complaints for several months about the condition of the Unit 2 showers. As a reminder, anytime you experience an illness or injury, or have questions about your wellness, you are encouraged to contact Health Services.  Routine care can be accessed through Communication Forms.  Illnesses can be addressed through sick-call signups.  Acute health concerns can be addressed anytime by contacting a staff member for help.

Do not type past this line

6/10/2020
Date:                                          Signature of Staff Member

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to AIC |
|---|---|---|
|  | RECEIVED | SENT |
|  | JUN 10 2020 | JUN 11 2020 |
|  | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp |

Signature of Supervisor (Print/Sign)

Distribution:
White (Original grievance response form)

CD117B (10/19)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-173

# S.E.R.-36

Grievance # TRCI-2020-03-148

*Official Use Only*                    Resubmit

## GRIEVANCE FORM

Name: Eaton    Aaron    D    14997682    2-7-A
     Last      First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Physical Plant / Medical

Please provide the date/time of incident giving rise to grievance: 2-24-20 Through 3-20-20 ongoing

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Attention! Please safeguard me from retaliation from this officer directly or indirectly following this Protected Activity. This Grievance is Directed to any person unknown to me who participated in the decision, policy custom or practice that resulted in the injury, deliberate indifference to my health and safety and pursuant to OAR 291-109-0210 (3) A. I.C Eaton has been directly and personally affected by Physical plants lack of action and or Physical plants action, including but not limited to OAR 291-109-0210 (3) (a) (b) On or about 2-24-20 I was Experiencing respiratory issues I was seen at sickcall, Then within a few days on or about 2-28-20 Toxic Black Mold was discovered in most of the unit showers on or about 2-28-20 C/o Willis DID HIS DUTY calling for the Bio-hazard orderly A.I.C Beasley To come clean and to

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Have Physical Plant come inspect Throughly The entire unit for Toxic Black Mold.

~~Medical to properly Ass Fix~~

RECEIVED        ACCEPTED

3-20-20    MAY 12 2020    MAY 19 2020    Aaron Eaton
Date                                        Signature
        TRCI GRIEVANCE OFFICE    TRCI GRIEVANCE OFFICE

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED | RECEIVED | DENIED | Returned For Correction |
| APR 22 2020 | MAR 23 2020 | MAR 26 2020 | MAY 01 2020 |
| TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*    CD 117 (10/2019)

1 of 3

Grievance # TRCI-2020-03-140

Official Use Only                    Resubmit

**GRIEVANCE FORM**

Name: Eaton        Aaron         D        14997682        2-7-A
      Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: Physical Plant / Medical

Please provide the date/time of incident giving rise to grievance: 2-24-20 Through 3-20-20   ongoing

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

decontaminate all of the unit 2 showers. Around This Time period I was prescribed "Albuterol" and told my Respiratory issues is azchma After further investigation on 3-19-20 I discovered that Toxic Black Mold will cause Respiratory infection called sinusitus witch has The same simptoms as azchma. Sinusitus is a FUNGAL infection. Physical plaint was email about the Toxic Black Mold and would not send personal to see they Just stated "There is No Black Mold on the units." The only Contact with Toxic Black Mold has been from housing unit 2 showers. Toxic Black Mold Fungi feeds on dead organic matter i.e. skin and has a devistating effect on The Immune System and Central nerve system. Experience has shown That when Staff wilfully and overtly disregard rules, policies, health conditions of ODOC and

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Have Physical Plant comm inspect Throughly The entire unit for Toxic Black Mold.

3-20-20                RECEIVED        ACCEPTED  Aaron  Eaton
Date                   MAY 12 2020                MAY 19 2020        Signature
                       TRCI GRIEVANCE OFFICE

| Receiving Facility (If not processing facility) | Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED APR 22 2020 TRCI GRIEVANCE OFFICE Date Stamp | RECEIVED MAR 23 2020 TRCI GRIEVANCE OFFICE Date Stamp | DENIED MAR 26 2020 TRCI GRIEVANCE OFFICE Date Stamp | Returned For Correction MAY 01 2020 TRCI GRIEVANCE OFFICE Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)        CD 117 (10/2019)

2 of 3        C C incell

**S.E.R.-38**

Grievance # TRCI-2020-03-148

Official Use Only          Resubmit

**GRIEVANCE FORM**

Name: Eaton        Aaron        D        14997682        2-7-A
　　　Last　　　　First　　　Initial　　　SID#　　　　　Cell/Block/Bunk #

Whom are you grieving: Physical Plant / Medical

Please provide the date/time of incident giving rise to grievance: 2-27-20 Through 3-20-20   ongoing

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

begin to act on their own as require staff/officers or a Superior officer fails
To correct these actions, when made aware of such actions validating and
condoning such actions - These staff and officers directly challenge The
authority of the Dept., incite other staff or officers to disregard the rules
customs, policies and health conditions These individuals create an
adversarial, hostile living environment thereby posing a direct Threat to the
safety and security of others, and the orderly operations of this institution.
Please be aware That rejecting my Grievance for some O.D.O.C policy and
choosing not to decide the grievance on the merits brought forth, ODOC will
be barred from the defense of alleging, I failed to exhaust, should
ODOC Through any course of subsequent action seek dismissal, of Lawsuit.
Pozo vs McCaughtry, 286 F3d 1022,1025 (7 clrc) cert denied 537 U.S 949 (2002)

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Have Physical Plant come inspect Through The entire unit for Toxic Black
Mold. By Apology letter from Stark about Not doing
~~Medicest to properly that that way.~~ his Job in a Timely actry

3-20-20              **RECEIVED**        ACCEPTED Aaron Eaton
Date                 **MAY 12 2020**              Signature
                                    MAY 19 2020

| Receiving Facility (If not processing facility) | Resolved at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED APR 22 2020 TRCI GRIEVANCE OFFICE Date Stamp | TRCI GRIEVANCE OFFICE RECEIVED MAR 23 2020 TRCI GRIEVANCE OFFICE Date Stamp | TRCI GRIEVANCE OFFICE DENIED MAR 26 2020 TRCI GRIEVANCE OFFICE Date Stamp | Returned For Correction MAY 01 2020 TRCI GRIEVANCE OFFICE Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*          CD 117 (10/2019)

3 of 3    C.C. incell

**S.E.R.-39**

## OREGON DEPARTMENT OF CORRECTIONS
### INMATE COMMUNICATION FORM

TO: _Eynon_      Date: _5-8-2_

State your issue in detail: _I have fixed This by scratching out The reference about Medical. The Mold is the Issue for This Grievance._

_I wrote lots of people concerning The Mold in The showers yet We are only allowed 5 attchemts So Im placing a ONE of Them to Show I Tried, and Continue To Try._

_Physical plant Came and took pics of the Showers But This is To late as C/o willis had Them cleaned with bleach and So The Grievance Stands. As I've been exposed To Toxic Black Mold by ODOC._

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Aaron Dale Eaton | 14997682 | Z |

Response/Action Taken: _____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____
'If forwarded, please notify the inmate

CD 214 (12/04)

**S.E.R.-40**



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Eaton, Aaron Dale     **SID #:** 14997682     **Cell:** TRCI:02-07A

**From:** Rossi, H    **For A. Eynon,**    **Date:** 04/14/2020
TRCI Grievance Coordinator

**Re:** Non-Medical# TRCI_2020_03_148

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

This grievance is denied as you have not met the requirements under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment. sexual abuse or sexual harassment or excessive use of force by department employees.

Additionally, your grievance contains multiple issues – mold and medical treatment. 291-109-0210 (1) An AIC may only request review of one matter, action, or incident per grievance.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

SENT

APR 17 2020

TRCI GRIEVANCE OFFICE

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

**S.E.R.-41**

**EXHIBIT** OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: _OPPS. Captian_                    Date: _4-18-20_

State your issue in detail: _I Tried To kyte physical plant_
_with No responce and I Tried Health_
_Services Their responce was to kyte physical_
_plant So here is my issue_

_There is Mold in The showers and_
_it causes myself and my celly To loose our_
_breath in The showers. could you please_
_direct physical plant or Hazmat orderly to_
_clean our showers please._

_Thank you_

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Aaron  Dale  Eaton | 14997682 | 2 |

Response/Action Taken: _____

_This is a unit orderly issue + there is_
_now bleach on the units to be used in_
_the showers._
_I will also add you need to point it out_
_to staff on the unit_

Date Received: _____    Referred To*: _____

Date Answered: _4/22/2020_    Signature of Staff Member: _Capt Ramsey_

*If forwarded, please notify the inmate

CD 214 (12/04)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

| | | | |
|---|---|---|---|
| **To:** | Eaton, Aaron Dale | **SID #:** 14997682 | **Cell:** TRCI:02-07A |
| **From:** | Eynon, A | **Date:** 05/05/2020 | |

**Re:** Non-Medical# TRCI_2020_03_148

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am again returning your grievance to you. I have changed the status of your initial grievance from denied, to returned for correction. You may make noted corrections and resubmit to me for further review. Please ensure your corrected resubmission is received in the TRCI Grievance Office no later than May 19, 2020. However, the attached 1st appeal, dated 4/20/20 by you, is denied at this time. Please note that a grievance cannot be appealed until it has been accepted and responded to. Refer to OAR 291-109-0230.

*done first*

As previously noted, your grievance contains multiple issues – mold and medical treatment. If you are grieving the alleged mold as the primary issue you would like reviewed, please clearly state that in your resubmission and clearly specify that you are not also grieving lack of medical care in this grievance, as referenced on the bottom of your 3-page initial grievance ("medical to properly treat me.") Additionally, aside from Officer Willis, have you informed any other staff of these concerns? If so, please specify who and when in your resubmission.    *mold is issue*

Neither Physical Plant staff, nor medical staff, oversees the cleanliness of housing units. This is a task completed by Security staff. However, I have forwarded a copy of this complaint to Operations Captain Rumsey for review, as well as Mr. Stark, Physical Plant Manager, so they are both aware of these concerns.

291-109-0210 (1) An AIC may only request review of one matter, action, or incident per grievance.

291-109-0220 (4) A grievance must include a complete description of the incident or issue being grieved, including date and time of the incident or issue being grieved, and the specific individual responsible for the incident or issue.

291-109-0230 (1) An AIC may appeal the initial grievance response using the grievance appeal form. (a) The appeal must include the original grievance, attachments, and staff response(s).

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and grievance appeals returned for correction:

(a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules.

SENT
**MAY 06 2020**
TRCI GRIEVANCE OFFICE

Page 1 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

**To:** Eaton, Aaron Dale      **SID #:** 14997682      **Cell:** TRCI:02-07A
**From:** Eynon, A      **Date:** 05/05/2020

**Re:** Non-Medical# TRCI_2020_03_148

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from when the grievance or grievance appeal was originally returned to the AIC.

(c) If rewritten, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

SENT
**MAY 06 2020**
TRCI GRIEVANCE OFFICE

Page 2 of 2

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-181

# S.E.R.-44

## OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: _Grievance Card_     Date: _7-13-20_

State your issue in detail:

I took out well crossed out the "Adults in Custody" and the "were" charging @ The ref. to others Sorry about that.

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| | | |

Response/Action Taken: _____

Date Received: _____    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____

*If forwarded, please notify the inmate

CD 214 (12/04)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Eaton, Aaron Dale      **SID #:** 14997682      Cell: TRCI:02-07A
**From:** Rossi, H    **For A. Eynon,**    **Date:** 04/22/2020
**TRCI Grievance Coordinator**

**Re:** Non-Medical# TRCI_2020_04_020

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, sexual abuse or sexual harassment or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

SENT

APR 23 2020

TRCI GRIEVANCE OFFICE

Page 1 of 1

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

**S.E.R.-46**

Page: ____ of ____ (3 page limit)       Grievance # TRCI-2020-04-020 ____

Official Use Only       Resubmit

**GRIEVANCE FORM**

Name: Eaton      Aaron      D      14997682      2-7-A
      Last      First      Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: Rossi H

Please provide the date/time of incident giving rise to grievance: 4-2-20

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I'm Grieving Staff Member Rossi H for failure to proform Job duties correctly, The misapplication of dept policies rules directive goes as follows: Staff member Rossi blantedly denies due process with blanket excuses when clearly They are made up because My communications are Not answered within O.D.O.C policies and directives Rossi need to answer CP214 form That are Sent to him, within 14 days

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Rossi H to Not be allowed to answer any form of My communications without Capt. Rumsey's over View.

4-2-20
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED APR 03 2020 TRCI GRIEVANCE OFFICE | DENIED APR 08 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*      CD 117 (11/2019)

**S.E.R.-47**



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Final Appeal - Denied

**To:** Eaton, Aaron Dale      **SID #:** 14997682      **Cell:** TRCI:02-07A

**From:** Rossi, H    **For A. Eynon,**      **Date:** 07/01/2020
          **TRCI Grievance Coordinator**

**Re:** Non-Medical# TRCI_2020_04_186   AA

The final grievance appeal you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

The grievance rule does not permit a returned grievance or grievance appeal to be appealed. Therefore, this appeal is denied. Refer to previous communications sent to you.

If you have any questions regarding your final grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

SENT

JUL 02 2020

TRCI GRIEVANCE OFFICE

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-142

**S.E.R.-48**

1 of 2

Grievance # TRCI-2020-04-186AA

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton        Aaron        D        14997682        2-7-A
      Last         First        Initial       SID#         Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

As to your first reason, I only have 2 or 3 "Active" Grievances so prove Im more, for a denied Grievance is not considered "active." As far the second OAR 291-109-0225 (4) I never withdrew this Grievance therefore does not apply. As to your response OAR 291-109-021c (4) How is mold in a Doc shower not in the jurisdiction of Doc? Reason "4" Mask am I to wear a mask in the shower to prevent mold exposure? Now The last physical pleint manager stete was incorrect and knows it because L.T. Robinson came and took pic's of the Mold so Stark's Vision, his ability to preform Job duties is in need. And if there is no issue Then why is L.T Robinson telling me that all showers in TRCI are having The Tile removed due to mold issues? Now There is The letter from J. Blewett stating thgT

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

6-15-20                              Aaron Eaton
Date                                 Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 17 2020 TRCI GRIEVANCE OFFICE | DENIED JUN 26 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)        CD 117C (10/2019)

2 of 2

Grievance # TRCI-2020-04-186AA

*Official Use Only*   Resubmit

## GRIEVANCE APPEAL FORM

Name: **Aaron** **Eaton** **D** **14997682** **2-7-A**
Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

TRCI will be moving forward in holding a higher standard
of cleanliness. let me state clearly ORS 421.105(2)AIC's
are "under the protection of the Law; ORS 423.020(1)(d) the
dept. shall provide adequate health... Sanitation for all of
the prisoners; ORS 423.075(5)(d) The dept. shall provide
for the safety of all prisoners."
The Law requires you to protect me from all harmfull things
including but Not "limited to "Mold"
I re-allege and incorporate my original Grievance as fully set forth herein.
I re-allege and Incorporate my Grievance appeal as fully set forth herein.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

properly clean the mold out of the showers and
protect me as the Law requires.

6-15-20
Date

*Aaron Eaton*
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED JUN 17 2020 TRCI GRIEVANCE OFFICE | DENIED JUN 26 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*   CD 117C (10/2019)

**S.E.R.-50**



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## Initial Appeal - Denied

| | | | | | |
|---|---|---|---|---|---|
| **To:** | Eaton, Aaron Dale | | **SID #:** | 14997682 | **Cell:** TRCI:02-07A |
| **From:** | Rossi, H **For A. Eynon,** | | **Date:** | 06/11/2020 | |
| | **TRCI Grievance Coordinator** | | | | |
| **Re:** | Non-Medical# TRCI_2020_04_186A | | | | |

The initial grievance appeal you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

This grievance appeal is denied as the grievance rule does not permit a returned grievance or grievance appeal to be appealed. Grievance # TRCI-2020-04-186 was received on 4/22/20, and was the 5th grievance received in April 2020. Refer to: 291-109-0215 (1) An AIC cannot have more than four active complaints (grievances, discrimination complaints, or appeals of either) at any time. Any grievance or appeal submitted that exceeds that limit will be found to be an improper use of the grievance review and discrimination complaint review systems and returned to the AIC with a statement of the rule. (2) An AIC **cannot submit more than a combined total of four initial AIC grievances and discrimination complaints per calendar month.**

OAR 291-109-0225 (4) An AIC may withdraw a grievance by submitting a written request to the institution grievance coordinator at any time during the grievance process. Grievances that have been withdrawn may only be reopened upon written request, at the discretion of the institution grievance coordinator.

OAR 291-109-0210 (4) An AIC cannot grieve the following: (c) Any matter that is outside of the jurisdiction of the department (for example, actions by the Board of Parole and Post-Prison Supervision);

Masks have been provided to all AIC's to assist with minimizing risk. Please adhere to protocols put in place relating to health and safety for your own protection. Please work with health services staff for any future concerns of a medical nature.

Grievances are processed in accordance with OAR 291-109. The Appeal and Second-Level Appeal process are explained in the rule, which we have made every effort to make clear and easier to follow. In addition, you state that you feel there is a mold issue that is being denied, which you state places you and your health in danger and is unsafe. Your concerns have been taken seriously and investigated by Physical Plant Manager Stark, who found as follows: *Upon my recent visual inspection of the Unit 2 showers, nothing visible was seen concerning this allegation. There was no visible discoloration or other notable characteristics, including visible texture or odor. The condition of the Unit 2 showers appears to be maintained in an ordinary fashion.* Further, anytime you experience an illness or injury, or have questions about your wellness, you are encouraged to contact Health Services. Routine care can be accessed through communications forms. Illnesses can be addressed through sick-call signups, as well as acute concerns can be addressed at any time by contacting a staff member for help.

Page 1 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

SENT
JUN 12 2020
TRCI GRIEVANCE OFFICE

**S.E.R.-51**



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Initial Appeal - Denied

**To:** Eaton, Aaron Dale        **SID #:** 14997682        **Cell:** TRCI:02-07A

**From:** Rossi, H    **For A. Eynon,**      **Date:** 06/11/2020
          **TRCI Grievance Coordinator**

**Re:** Non-Medical# TRCI_2020_04_186 A

If you have any questions regarding your initial grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

<div align="right">

## SENT
## JUN 12 2020
TRCI GRIEVANCE OFFICE

</div>

Page 2 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentially and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-146

**S.E.R.-52**

Grievance # TRCI-2020-09-186A
Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton      Aaron      D      14997682      2-7-A
         Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I dont need to show you the OAR or policy when
the conduct violates Law and or Constitutionally
protected Rights.
You Rossi are hindering, stopping, chilling, obstructing my
Protected Right of the Grievance process.
You are bound to uphold Law over policy The
US Supreme Court Poze V McCaughtry commands
You To Judge my grievance on the merits stated
within your policy reasons for denying will
only make you a defendant

You Sat the denied grievance around for a month before
you sent it to me why? Hindering!

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

reconsider my original Grievance

5-27-20                                      Aaron Eaton
Date                                         Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br><br>RECEIVED<br>MAY 29 2020<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br><br>DENIED<br>JUN 04 2020<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)      CD 117C (10/2019)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-147

**S.E.R.-53**

# EXHIBIT

# Truth About Mold

  

Truth
About
Mold

Home

Resources

Health Effects

Statistics

Mold Remediation

Mycotoxins

Government
Agencies

Naysayers

Insurance Bad
Faith

Litigation Tips

Contact

**If you are looking for accurate information about toxic mold, you have come to the right place. If someone tells you that toxic mold isn't harmful, they are not telling you the truth.**

search    *No Bleach* ←

We know there is a lot of confusing and misleading information about toxic mold. The insurance companies, their attorneys and defense experts, and other naysayers and deniers have spent millions of dollars denying the truth about the health effects of mold and mycotoxins.

Government agencies (WHO, EPA, CDC, NIEHS, NIH, FEMA, GAO, HUD, OSHA, state and city governments, etc.) do not publish accurate information about the health effects of toxic mold. Their information is not up to date with the scientific literature.

We created this website to give you a place to go to help you identify accurate and reliable information.

**If you find a website, article or document that says toxic mold isn't harmful, that information is not accurate.**

The truth about mold has been known for many years, but "Big Business" and the insurance industry and other naysayers and deniers have spent millions of dollars denying the truth.....just like they did with tobacco. The tobacco industry denied the truth about the health effects of tobacco for 50 years.

In fact, according to the Massachusetts report, "sick building syndrome" has been known since World War I, but the first published research paper on the topic did not happen until 1948 in England. Our website has reports from many government agencies including the World Health Organization (WHO), the U.S. Environmental Protection Agency (EPA), the

**DO NOT use bleach, biocides or ozone on mold.**

Some government agencies and disaster recovery organizations still recommend using bleach on mold, but that advice is not accurate.

Serious disinformation has been popularized and reflected in the guidelines given healthcare workers and the public encouraging the use of bleach (sodium hypochlorite) and other chlorinated products for cleaning the mold from damp indoor spaces. Biocides, including chlorine bleach, are harmful to humans and pets. Bleach is a strong corrosive material and will irritate the eyes, skin and respiratory tract. It is cytotoxic and genotoxic and has an accumulative effect on the body and can cause damage to organs.

In regard to using bleach on mold, some species propagate via spores that are unaffected by chlorine, acids, caustics or ozone. In addition, chlorinating carbon-based organic toxins increases their toxicity by increasing their mutagenicity and their lipid solubility which allows these poisons to enter the skin and accumulate in lipid rich tissue such as fat deposits and the brain.

**In regard to using bleach, biocides or ozone inside heating and air conditioning ducts, the National Air Duct Cleaners Association (NADCA) says:**

Air duct cleaning service providers may tell you that they need to apply a chemical biocide to the inside of your ducts to kill bacteria (germs) and fungi (mold), and prevent future biological

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-148

<center>**S.E.R.-54**</center>


**EXHIBIT** and prosecute the individuals and corporations involved in this cover-up.

## Our Mission

To expose the truth about the health effects of mold, mycotoxins and indoor contaminants.

## Spread the Word

Please help us expose the truth about the health effects of mold and mycotoxins. Share this website with your friends, families, coworkers, teachers, physicians, nurses, elected officials and others who need to know the truth about toxic mold.

## Disclaimer

The contents of this website (including text, graphics and images) are for informational purposes only and do not constitute medical advice. The content is not intended to be a substitute for professional medical advice, diagnosis or treatment. Always seek the advice of a physician or other qualified health provider with any questions you may have regarding a medical condition. Never disregard professional medical advice or delay in seeking it because of something you have read on this website.

© 2020 All Rights Reserved | Truth About Mold

**S.E.R.-55**



# Oregon

Kate Brown, Governor

**EXHIBIT**

**Department of Corrections**
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR 97882
(541) 922-2001
Fax (541) 922-2046
www.doc.state.or.us

May 12, 2020

2-7A

AIC Aaron Eaton #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882

AIC Aaron:

I am responding to a communication you sent to the Department of Corrections Director Colette Peters regarding your allegations of "black mold" in the shower of your housing unit at Two Rivers Correctional Institution (TRCI).

On May 11, 2020 Lieutenant J. Robinson went to your housing unit and had you show him the possible mold in the showers. We will be moving forward in preparing a plan to keep our institution to a high level of cleanliness.

Thank you for bringing your concerns forward. If you have additional questions, please feel free to contact the on shift AOIC/OIC.

Sincerely,

Tyler Blewett
Superintendent

c: Mr. M. Gower, Assistant Director Operations
Mr. K. Jackson, Assistant Superintendent Security
Captain T. Rumsey, Operations Captain
Lieutenant J. Robinson
File

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-150

**S.E.R.-56**



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Eaton, Aaron Dale      **SID #:** 14997682     **Cell:** TRCI:02-07A

**From:** Rossi, H    **For A. Eynon, TRCI Grievance Coordinator**     **Date:** 05/19/2020

**Re:** Non-Medical# TRCI_2020_04_186

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An AIC cannot submit more than a combined total of four initial AIC grievances and discrimination complaints per calendar month.

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, sexual abuse or sexual harassment or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

SENT

MAY 22 2020

TRCI GRIEVANCE OFFICE

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

**S.E.R.-57**

Grievance # TRCI-2020-04-186

Official Use Only        Resubmit

## GRIEVANCE FORM

Name: Eaton    Aaron    D    14997682    2-7-A
Last    First    Initial    SID#    Ceil/Block/Bunk #

Whom are you grieving: Physical plant.

Please provide the date/time of incident giving rise to grievance: 4-20-20 Continuing

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

O.R.S 421.105 (1) (2) Im to be protected as an A.I.C and you failed to protect me from the mold in unit 2 showers which you have been notified about.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Properly clean all showers and decontaminate them.

4-20-20
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED APR 22 2020 TRCI GRIEVANCE OFFICE | DENIED APR 27 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)    CD 117 (10/2019)

**S.E.R.-58**

RECEIVED
APR 28 2020
TRCI GRIEVANCE OFFICE

20-04-49

## OREGON DEPARTMENT OF CORRECTIONS
### INMATE COMMUNICATION FORM

TO: Grievance Coordinator Rossi    Date: 4-26-20

State your issue in detail: because you are in Violation of U.S Supreme Courts decision on Pozo v. McCaughtry, 286 F.3d 1022, 1025 (7th cir.) Cert denied 537 U.S 949 (2002) every time you denie my grievences for an Oregon Dept. of Corr. Policy instead of obeying a U.S Supreme Court decision and excepting or denying my Grievences on the merits Stated Therein In Grievance # TRCI-2020-03-148 I need you to tell me the next step in O.D.O.C. Thinking that I Should take Concerning The Mold you are denying to help fix which places me and my Health in danger and is unsafe, keep in mind that O.R.S 423.075 (5) (d) directs The Director and the Director's workers are To "Provide for the Safety of all inmates in the Custody of DOC," Thank you for Your Help

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Aaron Dale Eaton | 14997682 | 2 |

Response/Action Taken: _____

~~Grievances are processed in accordance with OAR 291-109. The Appeal and Second-Level Appeal~~
process are explained in the rule, which we have made every effort to make clear and easier to
follow. In addition, you state that you feel there is a mold issue that is being denied, which you state
places you and your health in danger and is unsafe. Your concerns have been taken seriously and
investigated by Physical Plant Manager Stark, who found as follows: *Upon my recent visual inspection*
*of the Unit 2 showers, nothing visible was seen concerning this allegation. There was no visible discoloration*
*or other notable characteristics, including visible texture or odor. The condition of the Unit 2 showers appears*
*to be maintained in an ordinary fashion.* Further, anytime you experience an illness or injury, or have
questions about your wellness, you are encouraged to contact Health Services. Routine care can be
~~accessed through communications forms. Illnesses can be addressed through sick-call signups, as~~
well as acute concerns can be addressed at any time by contacting a staff member for help.

Date Received: _____    Referred To*: _____

Date Answered: 5/18/20    Signature of Staff Member: _____ A. Eynon, TRCI Grievance Coordinator

*If forwarded, please notify the inmate

CD 214 (12/04)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-153

**S.E.R.-59**



Kate Brown, Governor

**Department of Corrections**
Operations Division
2575 Center Street NE
Salem, OR 97301-4667
Voice: 503-945-0950
Fax: 503-945-7178



August 26, 2020

AIC Aaron Eaton, SID #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

Dear Mr. Eaton,

This letter is in response to your Final Grievance Appeal, #TRCI-2020-05-036AA, in which you have submitted a request for the replacement of Two Rivers Correctional Institution showers.

I have reviewed your appeal, and I concur with the response you received from Assistant Superintendent Ridley on behalf of Superintendent Blewett. You have not provided any additional information in this appeal that would warrant a response other than that which you have already received.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Sincerely,

Mark Nooth
Eastside Institutions Administrator

cc:     M. Gower, Asst. Director of Operations
        T. Blewett, TRCI Superintendent
        TRCI Grievance Coordinator
        File

RECEIVED
SEP 10 2020
TRCI GRIEVANCE OFFICE

SENT
SEP 11 2020
TRCI GRIEVANCE OFFICE

Case 2:20-cv-01251-SI Document 71-56 Filed 12/09/21 Page 60 of 90
Case 2:20-cv-01251-SI Document 67-56 Filed 11/09/21 Page 2 of 2
**S.E.R.-60**

1 o 2

Grievance # TRCI-2020-05-036AA
Official Use Only                         Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton        Aaron        D        14997682        2-7-A
       Last          First        Initial        SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal,
attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the
original grievance and response.)

In the grievance response it is stated; " I have reviewed your
appeal, as well as all prior documentation relating to this grievance"
I'll prove that you are not comprehending what you read them, it
further states " Mr. Stark's review of the showers is concurrent with
our initial plans of maintaining high standards of cleanliness"
So mold is clean? Safe? because Im about to bring it all together
now lets go on with the response " Mr. Stark's review showed that
anything discovered by LT Robinson was remedied" So you are clearly
stating LT Robinson was here first, hmm.... Nope Mr. Stark
was here first them days later at night LT Robinson. So you
clearly did not review the "other documentation" look at the
dates of both Stark taking photos and Robinson
Stop trying to twist things and admit you are making me live

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

7-28-20                                        Aaron Dale Eaton
Date                                           Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 30 2020 TRCI GRIEVANCE OFFICE | ACCEPTED AUG 07 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)        CD 117C (10/2019)

Case: 22-35749, 05/15/2023, ID: 12714858, DktEntry: 32, Page 61 of 90

2 of 2

Grievance # TRCI-2020-05-036AA
Official Use Only

Resubmit

## GRIEVANCE APPEAL FORM

| Name: Eaton | Aaron | D | 14997682 | 2-7-A |
|---|---|---|---|---|
| Last | First | Initial | SID# | Cell/Block/Bunk # |

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

on a unit That has mold in the showers and you don't care. Mr Stark Can not tell the future Can he? I have Told DOC Several Times now That The mold is causing injury and DOC Takes No actions.
How can what Mr. STark ~~Based~~ did fix LT Robinson and what L.T Robinson found?

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

protect me from DOC Negligence. replace the Shower with a Mold free Shower stop Torturing me.

2-28-20
Date

Aaron Dal Eaton
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 30 2020 TRCI GRIEVANCE OFFICE | ACCEPTED AUG 07 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed) CD 117C (10/2019)

**S.E.R.-62**



# Oregon

Kate Brown, Governor

**Oregon Department of Corrections**
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882
Voice: 541-922-2001



July 24, 2020                    7A

Aaron Eaton, SID #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882

Dear Aaron Eaton,

This letter is in response to your Initial Grievance Appeal, #TRCI-2020-05-036A, in which you unit 2 has black mold in the showers.

I have reviewed your appeal, as well as all prior documentation relating to this grievance. Mr. Stark's review of the showers is concurrent with our initial plan of maintaining high standards of clearnliness. Mr. Stark's review showed that anything discovered by Lt. Robinson was remedied. Additionally, I can confirm that TRCI is getting complete new shower coatings institution-wide, which will further assist in the process of keeping the showers clean. This process will resume as soon as COVID restrictions have been lifted for contractor access.

Thank you for addressing your concerns appropriately.

Sincerely,

Tyler Blewett, Superintendent
Two Rivers Correctional Institution

cc:     TRCI Grievance Coordinator

**SENT**

**JUL 24 2020**

TRCI GRIEVANCE OFFICE

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-133

Case 2:20-cv-01251-SI   Document 141-8   Filed 12/09/21   Page 5 of 12
Case: 22-35749, 03/15/2023, ID: , DktEntry: 32, Page 63 of 90

S.E.R.-63

1 of 2

Grievance # TRCI-2020-05-036A

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton    Aaron    D    14997682    2-7-A

Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

In the response you state, " Your allegation has been reviewed concerning possible black mold in the showers of housing unit 2. ( these allegations have been confirmed by LT Robinson on May 11th he took pictures of the mold, and T. Blewett responded to me and state "We will be moving forward in preparing a plan to keep our institution to a high level of cleanliness") nothing visible was seen concerning this allegation. (I beg to differ for LT again took pics of mold, So Mr. J stark is wrong and knows it yet will say he is right knowing full well he is not. these acts are in violation of his DoC policy 20.1.3 Truthfulness and others and ORS 423.020 (5) (d) as well as ORS 423.075) The condition of the unit 2 showers appear to be maintained

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

6-13-20                                    Aaron Eaton

Date                                        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 16 2020 TRCI GRIEVANCE OFFICE | ACCEPTED JUN 25 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)        CD 117C (10/2019)

**S.E.R.-64**

2 of 2

Grievance # TRCT-2020-05-036 A
<br>Official Use Only      Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton    Aaron    D    14997682    2-7-A
<br>      Last       First       Initial       SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

in an ordinary fashion. (So your saying the pictures of the mold L.T. Robinson took is "ordinary" hmmm... Additionally during the Covid 19 effective April 14 2020 bleach has been provided to all housing units as an additional cleaning agent. (Did you not read the Exhib I provided? which plainly states "DO Not USE Bleach, biocides or ozone on mold",)

So if the Mold allegations are not True then why did L.T. find and take pics? and why is L.T. saying the Showers are going to be fixed and all the tile replaced?

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Redone all the showers properly protect me from mold exposures.

6-13-20
<br>Date

_Aaron Eaton_
<br>Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED<br>JUN 16 2020<br>TRCI GRIEVANCE OFFICE | ACCEPTED<br>JUN 25 2020<br>TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)     CD 117C (10/2019)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
<br>EATON-135

**S.E.R.-65**



**GRIEVANCE RESPONSE FORM**

<u>TO BE FILLED OUT BY STAFF</u>                                        <u>Grievance #: TRCI-2020-05-036</u>

<u>TO:</u>    Eaton, Aaron                              14997682
         Name of grievant                         SID #

<u>FROM:</u> J. Stark                        Physical Plant Manager
         Name of respondent                       Title

List, in detail, action(s) taken. (What action was taken? Was the action what the AIC requested? If not, why? Who took the action? When was the action taken – date/time?)

This is in response to your grievance #TRCI-2020-05-036:

Your allegation has been reviewed concerning possible "toxic black mold" in the showers of housing unit 2.   Upon my recent visual inspection of the Unit 2 showers, nothing visible was seen concerning this allegation.  There was no visible discoloration or other notable characteristics, including visible texture or odor. The condition of the Unit 2 showers appear to be maintained in an ordinary fashion. The flat tile surface and the grout in between tiles did not appear to be discolored or dirty but had ordinary amounts of soap scum / hard water stains. The yellowing of the grout lines on the bottom 18" or so of the walls appears to be standard soap scum. The walls are filled with a white grout and the floors are filled with a dark tan grout. The floor grout, when wet, appears even darker than it really is due to moisture absorption but none of this could be construed as mold.  I did not visually see or otherwise note anything that would appear to present a health risk.  Cleaning products are regularly provided to each housing unit to ensure that the cleanliness of the showers, as well as the entire unit, is maintained.  Additionally, during the current virus concerns of covid-19, effective April 14, 2020, bleach has been provided to all housing units as an additional cleaning agent.  Housing unit staff have reported hearing no complaints for several months about the condition of the Unit 2 showers. As a reminder, anytime you experience an illness or injury, or have questions about your wellness, you are encouraged to contact Health Services.  Routine care can be accessed through Communication Forms. Illnesses can be addressed through sick-call signups.  Acute health concerns can be addressed anytime by contacting a staff member for help.

Do not type past this line

6/10/2020
Date:

                                                   Signature of Staff Member

| Receiving Facility (if not processing facility) | Received at Processing Facility **RECEIVED** JUN 1 0 2020 TRCI GRIEVANCE OFFICE | Sent to AIC **SENT** JUN 1 1 2020 TRCI GRIEVANCE OFFICE |
|---|---|---|
| Date Stamp | Date Stamp | Date Stamp |

                                                   Signature of Supervisor (Print/Sign)

Distribution:
White (Original grievance response form)

CD117B (10/19)

**S.E.R.-66**

OREGON (seal)

Page: _1_ of _3_ *(3 page limit)*

Grievance # _TRCI-2020-05-036_
Official Use Only      Resubmit

## GRIEVANCE FORM

Name: _Eaton_    _Aaron_    _D_    _14997682_    _2-7-A_
    Last      First      Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: _The Director of O.D.O.C._

Please provide the date/time of incident giving rise to grievance: _5-10-20  7:45 Am_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

_O.D.O.C Policy 20.1.3 (3) § 13.1 Violation of Directives: "Employees shall not knowingly commit or omit acts which constitute a violation of any policy, rule, procedures, regulations, directives, or orders of the Dept." Governor Kate Brown appoints The Director of Dept. of Corrections Colett Peters, The director is bound by law (Oregon Revised Statutes) to obey the Governor's rules, regulations, directives and orders, The director then gives a directive, order, etc. to the dept. See O.R.S. 423.020 (5) (d) "The Director of the Dept. of Corrections shall: Provide for the safety of all prisoners in the custody of the dept..." and O.R.S. 423.075 (1)(2)(4)(5) (a) (c) (d) On 5-10-20 There was black mold in the unit 2 shower #4_

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_Redue all Shower Tile, Properly protect me from exposure To Toxic molds in the showers._

_5-10-20_
Date

_Aaron Eaton_ (signature)
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 12 2020 TRCI GRIEVANCE OFFICE | ACCEPTED MAY 19 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*     CD 117 (11/2019)

Page: **2** of **3** (3 page limit)        Grievance # **TRCI-2020-05-036**

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: **Eaton     Aaron     D     14997682     2-7-A**
       Last        First      Initial      SID#        Cell/Block/Bunk #

Whom are you grieving: **the Director of O.D.O.C**

Please provide the date/time of incident giving rise to grievance: **5-10-20  7:45 am**

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

on the bottom Tier, the mold was under the handycap seat
and feces was there too. There are two A.I.C's that
witnessed the black mold because they were trying to
clean it but did not have the CDC recomended supplies,
And Experience has shown that when O.D.O.C staff act on
Their own as rogue staff, or a Superior officer/staff
fails to correct these actions when made aware of such
actions validating and condening such types of actions-These
Staff directly challenge the authority of the Director of
the dept. of corrections, inciting other staff to disregard
the rules, regulations, directives, orders, policies, customs of
the dept. of Corrections which in Turn creates an adversarial

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Reduce all shower tile, properly protect me from
exposure to Toxic molds in the showers.

**5-10-20**                         *Aaron Eaton*
Date                                Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 12 2020 TRCI GRIEVANCE OFFICE | ACCEPTED MAY 19 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)        CD 117 (11/2019)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-138

**S.E.R.-68**

Grievance # TRCI-2020-05-036

Official Use Only          Resubmit

## GRIEVANCE FORM

Name: Eaton          Aaron          D          14997682          2-7-A

Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: The Director of C.D.O.C

Please provide the date/time of incident giving rise to grievance: 5-10-20   7:45 pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

and hostile living enviroment, Thereby posing a direct Threat to "Safety" and "Wellbeing" and "Health" To me.

**CAVEAT:** Please be aware that revecting my grievance for some dept. policy and choosing not to decide The grievance on The merits brought forth Then O.D.O.C will be barred from the defence of alleging, I failed to exhaust, should O.D.O.C seek dismissal of a subsequent lawsuit be filed. Case law authority: Pozo v McLaughTry 286 F3d 1022, 1025 (7th Cir.) Cert. denied, 537 U.S. 949 (2002)

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Reduce all Shower Tiles, properly protect me from exposure To Toxic molds in the showers.

5-10-20          Aaron Eaton
Date          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | RECEIVED MAY 12 2020 TRCI GRIEVANCE OFFICE Date Stamp | ACCEPTED MAY 19 2020 Date Stamp TRCI GRIEVANCE OFFICE | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

**EXHIBIT**

# Truth About Mold

Truth
About
Mold

Home

Resources

Health Effects

Statistics

Mold Remediation

Mycotoxins

Government
Agencies

Naysayers

Insurance Bad
Faith

Litigation Tips

Contact

  

**If you are looking for accurate information about toxic mold, you have come to the right place.  If someone tells you that toxic mold isn't harmful, they are not telling you the truth.**

search

*CAVEAT*

*NO Bleach*

We know there is a lot of confusing and misleading information about toxic mold.  The insurance companies, their attorneys and defense experts, and other naysayers and deniers have spent millions of dollars denying the truth about the health effects of mold and mycotoxins.

Government agencies (WHO, EPA, CDC, NIEHS, NIH, FEMA, GAO, HUD, OSHA, state and city governments, etc.) **do not** publish accurate information about the health effects of toxic mold. Their information is not up to date with the scientific literature.

We created this website to give you a place to go to help you identify accurate and reliable information.

**If you find a website, article or document that says toxic mold isn't harmful, that information is not accurate.**

The truth about mold has been known for many years, but "Big Business" and the insurance industry and other naysayers and deniers have spent millions of dollars denying the truth.....just like they did with tobacco.  The tobacco industry denied the truth about the health effects of tobacco for 50 years.

In fact, according to the Massachusetts report, "sick building syndrome" has been known since World War I, but the first published research paper on the topic did not happen until 1948 in England.  Our website has reports from many government agencies including the World Health Organization (WHO), the U.S. Environmental Protection Agency (EPA), the

**DO NOT** use bleach, biocides or ozone on mold.

Some government agencies and disaster recovery organizations still recommend using bleach on mold, but that advice is not accurate.

Serious disinformation has been popularized and reflected in the guidelines given healthcare workers and the public encouraging the use of bleach (sodium hypochlorite) and other chlorinated products for cleaning the mold from damp indoor spaces. Biocides, including chlorine bleach, are harmful to humans and pets. Bleach is a strong corrosive material and will irritate the eyes, skin and respiratory tract. It is cytotoxic and genotoxic and has an accumulative effect on the body and can cause damage to organs.

In regard to using bleach on mold, some species propagate via spores that are unaffected by chlorine, acids, caustics or ozone. In addition, chlorinating carbon-based organic toxins increases their toxicity by increasing their mutagenicity and their lipid solubility which allows these poisons to enter the skin and accumulate in lipid rich tissue such as fat deposits and the brain.

**In regard to using bleach, biocides or ozone inside heating and air conditioning ducts, the National Air Duct Cleaners Association (NADCA) says:**

Air duct cleaning service providers may tell you that they need to apply a chemical biocide to the inside of your ducts to kill bacteria (germs) and fungi (mold), and prevent future biological

U.S. Government Accountability Office (GAO) and many other Government Agencies.

**As the U.S. EPA says:**

The purpose of mold remediation is to remove the mold to prevent human exposure and damage to building materials and furnishings. It is necessary to clean up mold contamination, not just to kill the mold. Dead mold is still allergenic, and some dead molds are potentially toxic.

**The U.S. EPA also says:**

Biocides are toxic to humans. Do not use fungicides developed for use outdoors for mold remediation or for any other indoor situation.

It's important to know that the insurance industry and other naysayers (deniers) have spent a lot of money trying to stop the use of the term "toxic mold." The truth is that many types of mold produce mycotoxins, so the term "toxic mold" is appropriate. They like to "spin" the news to their advantage and have paid their defense experts huge sums of money to write reports claiming that mold isn't harmful. This is all part of their "misinformation" strategy to hide the truth about the health effects of mold. They use similar tactics during litigation. The bad faith insurance companies will spin the truth and alter the facts and the evidence. They will do ANYTHING to win lawsuits including paying bribes and committing other crimes.

It's also important to know there can be other factors (in addition to mold and mycotoxins) that cause illness in water-damaged buildings. For example, there could be various types of bacteria such as actinomycetes and streptomycetes.

This is a complex issue, so you must be sure to hire qualified experts to help you and get medical treatment from doctors who know how to treat illness caused by toxic mold.

We have hundreds of documents in our files. If you are looking for specific information, research papers, naysayer papers or reports, Contact us.

**Bottom line: If someone tells you the inhalation of molds and mycotoxins isn't harmful, they are giving you incorrect information. We hope the U.S. legal system will eventually investigate**

growth. Some duct cleaning service providers may propose to introduce ozone to kill biological contaminants. Ozone is a highly reactive gas that is regulated in the outside air as a lung irritant. However, there remains considerable controversy over the necessity and wisdom of introducing chemical biocides or ozone into the duct work.

**In regard to the claims of some service providers who say they need to use chemicals to "sanitize" the ductwork, the National Air Duct Cleaners Association (NADCA) says:**

The EPA has not registered any products for sanitizing or disinfecting ductwork. Further, no fungicides are registered for use in ductwork. It is a violation of federal law to use a product in a manner inconsistent with its labeling. For antimicrobials, this law is the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA). Therefore, any claims of sanitizing or disinfecting ductwork would require the use of a product in a manner inconsistent with its labeling, which is a violation of FIFRA. Violations of FIFRA can result in fines and criminal penalties from the EPA.

**S.E.R.-71**



**Oregon**
Kate Brown, Governor

**Department of Corrections**
Health Services
2575 Center St. NE
Salem, OR 97301-4667
(503) 378-5593
Fax (503) 378-5597



February 8, 2021

Aaron Eaton, SID #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882

RE:     Grievance Appeal TRCI-2020-05-077AA

Dear AIC Eaton:

This letter is in response to the above referenced grievance appeal, in which you allege that Health Services has failed to treat, and/or test you regarding reported respiratory symptoms. You are requesting to see a Provider and not a nurse.

You have been evaluated appropriately by qualified Medical personnel and given treatment according to Community Standards and Practices. You have been evaluated by Nurses at Sick Call, who consulted with the Provider. You have been prescribed an Albuterol inhaler, and an additional inhaler; Wixela, as well as received a dose pack of Prednisolone.

Documentation confirms you have been, and continue being, seen and treated appropriately for the symptoms you have referred to in your grievance.

Health Services is committed to providing care that is respectful, compassionate, objective and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

J. Bugher
Assistant Director, Health Services

CC:     A. Eynon, Grievance Coordinator, TRCI
        S. Johnston, RN, Medical Services Manager, TRCI
        File

**SENT**
**FEB 26 2021**
TRCI GRIEVANCE OFFICE

**RECEIVED**
**FEB 26 2021**
TRCI GRIEVANCE OFFICE

Grievance # TRCI-2020-05-077AA

*Official Use Only*     Resubmit

**GRIEVANCE APPEAL FORM**

Name: Eaton    Aaron    D    14997682    2-7-A
    Last        First       Initial     SID#     Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

In The first level Appeal responce, "..Documentation confirms you are being seen and Treated appropriately for the symptoms you have reffered to in your grievance appeal" This simply is not True, I was seen and blew into The little Thing and my out going breathing ranged from Under 400 To Just Above 300 Then I was told "Im not doing anything for you." How is That "appropriate"? There are clear Signs of "Damage" That others have reported and Nothing is being done. So my final appeal is Please Help ME! I CAN NOT BREATH Properly IM IN PAIN WHEN I Do BREATH

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

TREAT ME

10-9-20
Date

Aaron Dale Eaton
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** OCT 12 2020 TRCI GRIEVANCE OFFICE | **ACCEPTED** OCT 22 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*     *CD 117C (10/2019)*

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-0997

**S.E.R.-73**



# Oregon

Kate Brown, Governor

**Department of Corrections**
Health Services
2575 Center St. NE
Salem, OR 97301-4667
(503) 378-5593
Fax (503) 378-5597

September 30, 2020

Aaron Eaton, SID #14997682
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 978824

RE:     Grievance Appeal TRCI-2020-05-077A

Dear Mr. Eaton:

This letter is in response to the above referenced grievance appeal, in which you allege that
Health Services has failed to treat, and/or test you regarding reported respiratory symptoms. You
are requesting to see a Provider and not a nurse.

Documentation confirms you are being seen and treated appropriately for the symptoms you
have referred to in your grievance appeal.

Health Services is committed to providing care that is respectful, compassionate, objective and
non-judgmental. The best way for you to achieve your healthcare goals is to continue working
with the Health Services staff. Please feel free to communicate your medical needs with the
healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S
Deputy Medical Director

CC:     A. Eynon, Grievance Coordinator, TRCI
        S. Johnston, RN, Medical Services Manager, TRCI
        File

RECEIVED

OCT 06 2020

TRCI GRIEVANCE OFFICE

SENT

OCT 06 2020

TRCI GRIEVANCE OFFICE

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-0998

**S.E.R.-74**

1 of 3

Grievance # TRCI-2020-05-0771A _____
                          Official Use Only          Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton      Aaron       D      14997682      2-7-A
     Last        First       Initial    SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

In The responce to my grievance J. fahlstich states "... Documentation shows your long history of asthma and COPD." During This Covid 19 Pandemic and The complaints of Toxic molds on the unit which both will make me more suceptible to each other then my underlining conditions of Asthma and COPD, Medical personel believes it is Standard Operating procedure to not See someone (me) who has complained Several Times of The Very simptoms that are red flags To other doctors all over this country? Then J faylstich further states "with corrisponding and successful treatments. The Treatment prescribed to you; albuteral and Zyrtec (in place of Loratidine not available from canton at present) were prescribed by Consult with The provider." Lets break this down (1) Albuteral yes I recieved, Zyrtec No I never got

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

7-1-20                              Aaron Eaton
Date                               Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 06 2020 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 15 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)          CD 117C (10/2019)

**S.E.R.-75**

Grievance # TRCI-2020-05-0771A

*Official Use Only*          Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton        Aaron        D        14997682        2-7-A
　　　Last　　　　First　　　　Initial　　　SID#　　　Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

This medication, I look at The sign sheet was it ever issued No. because it Never came in and I was never on The call out. So I purchessed Loratidine See reciept # 8655237 Staff ID Tessier So you did not preform your Job Duties Concerning me a member of The sub-population you are to provide adiquate Health and Medical care for, And lets be clear I never have Seen a provider during this World Wide Pandemic even though Medical clearly knows Im an atrisk person having two Top conditions That if infected will complicate and kill me. Then you allow me to be exposed To Molds of a Toxic natun with No in person Visit, Ive not been Seen by a Provider Nor a Nurse in person, Since Ive Complained about my Allergy Type Simptoms to medical over The past few

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

7-1-20

Date

Signature: Aaron Eaton

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 06 2020 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 15 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*          CD 117C (10/2019)

3 of 3

Grievance # TRCI-2020-05-0771A

Official Use Only                                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Eaton          Aaron          D          14997682          2-7-A
      Last            First          Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

months and Im still having bloody noses, sneezings, Coughing, Wheezing, headaches, nausia, divariah, discolored urian with swells respitory issues (Not able to breath deeply) and pain, (The pain in my chest when I Breath deep) and muscle pains, Joint pains and Medical wants to Not See me in person with all these symptoms? JoB DUTIES are not being done, lest you state "I find you have been seen (when? Not during this Pandemic time and Never by a Provider), assessed and treated (Really the symptoms are still active how is that Treated?) appropriately (So your saying its appropriate to Not See an at risk when has been Complaining of Respitory issues?) The Provider will See you as indicated.) where is there an indication? Not.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Medical To do the required Job duties and have the provider see me in person and Properly Treat me

7-1-20                                              Aaron Eaton
Date                                                Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 06 2020 TRCI GRIEVANCE OFFICE | **ACCEPTED** JUL 15 2020 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (inmate receipt after processed)          CD 117C (10/2019)

GRIEVANCE RESPONSE FORM

<u>TO BE FILLED OUT BY STAFF</u>                                    <u>Grievance #: TRCI-2020-05-077</u>

TO:   Aaron Eaton                                    14997682
      Name of grievant                               SID #

FROM: J Faulstich                                    RN
      Name of respondent                             Title

List, in detail, action(s) taken.  (What action was taken?  Was the action what the inmate requested?  If not, why?  Who took the action?  When was the action taken – date/time?)

This letter is in response to the above referenced grievance, in which you allege "Medical has failed to treat, and/or test me" [refer to reported respiratory symptoms]. You want "Medical to do the required job and have the Provider not a Nurse see me."

I have read the above referenced grievance, and thoroughly reviewed your Medical Record. Documentation shows your long history of asthma and COPD, with corresponding and successful treatments. You have not presented any additional symptoms that would indicate other than exacerbation of either condition. The treatments prescribed to you; albuterol and Zyrtec (in place of Loratidine not available from canteen at present) were prescribed by consult with the Provider. Providers are attempting to see patients as the current health restrictions/precautions will allow, but are essentially still limited to urgent/emergent conditions beyond trying to see those who had to be cancelled previously. Nurses are capable of assessing very effectively and consulting with Providers to assure needs are met.

I find you have been seen, assessed and treated appropriately as indicated, the Provider will see you as indicated.

**Do not type past this line**

6/24/2020
Date:

Signature of Staff Member

|  | RECEIVED | SENT |
| --- | --- | --- |
| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to Inmate |
|  | JUN 25 2020 | JUN 26 2020 |
|  | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp |

Scott
RN

/s/ / /Scott Wolny
Signature of Supervisor (Print/Sign)

Distribution:
White (Original grievance response form)

CD117B (10/19)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-119

**S.E.R.-78**

Grievance # TRCI-2020-05-077 v/O

*Official Use Only*

Resubmit

## GRIEVANCE FORM

Name: Eaton       Aaron       D       14997682       2-7-A
Last       First       Initial       SID#       Cell/Block/Bunk #

Whom are you grieving: Medical Provider

Please provide the date/time of incident giving rise to grievance: 5-8-20

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Please Safeguard me from retaliation following this Protected Activity.
Over the past few months I've been complaining of respiratory
issues to Medical, The medical dept. Provider prescribed
me "Albuterol" Upon further study I've found that my respiratory
issues Could be Sinusitis as my complaints to Medical included
complaints of Pain, Coughing, wheezing and respiratory Allergy
type symptoms. Medical has failed to Treat, and or
Test me, while advising me to purchase "Loratadine"
The failures of Medical To obey ORS 423.020 (1) (d)
The Dept. of Corrections shall: Provide adequate
health and medical care for persons confined. Medical
is also Violating O.R.S 423.020 (4) (b) Equal Treatment

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Medical To do The required Job and have the provider
Not a Nurse see me.

5-8-20                                   Aaron Eaton
Date                                       Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED JUN 08 2020 TRCI GRIEVANCE OFFICE Date Stamp | RECEIVED MAY 12 2020 TRCI GRIEVANCE OFFICE Date Stamp | Returned For Correction MAY 19 2020 TRCI GRIEVANCE OFFICE Date Stamp | ACCEPTED JUN 12 2020 TRCI GRIEVANCE OFFICE Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*       CD 117 (11/2019)

**S.E.R.-79**

Grievance #: TRCI-2020-05-077

Official Use Only

Resubmit

## GRIEVANCE FORM

Name: Eaton   Aaron   D   14997682   2-7-A
    Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Medical Provider

Please provide the date/time of incident giving rise to grievance: 5-8-20

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

of all persons confined. And O.R.S 423.075 (5) (a) States that The Oregon Dept. of Corrections shall: Provide for the safety of all prisoners in custody. Now experience has shown that when ODOC staff members begin to act on their own as rogue staff, or a Superior officer/staff member fails to correct these conditions when made aware of such conduct validating and condoning such actions these staff directly challenge the rules, customs, and policies creating an adversarial and hostile living environment thereby posing a direct Threat to the safety of others. Please be aware that rejecting This Grievance for some sort of "Policy" and

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Medical To do The required Job and have The provider Not a Nurse See me.

5-8-20
Date

Aaron Eaton
Signature

| Receiving Facility (if not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED JUN 08 2020 TRCI GRIEVANCE OFFICE Date Stamp | RECEIVED MAY 12 2020 TRCI GRIEVANCE OFFICE Date Stamp | Returned For Correction MAY 19 2020 TRCI GRIEVANCE OFFICE Date Stamp | ACCEPTED JUN 12 2020 TRCI GRIEVANCE OFFICE Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)   CD 117 (11/2019)

# S.L.R.-80

Grievance # TRCI- 2020-05-077 v 10

*Official Use Only*

(Resubmit)

## GRIEVANCE FORM

Name: __Eaton__ __Aaron__ __D__ ___14997682___ ___2-7-19___

Last     First     Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: __Medical Provider__

Please provide the date/time of incident giving rise to grievance: ___5-8-20___

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

_choosing not to decide This Grievance on the merits brought forth, Then O.D.O.C will be barred from the defense of alleging I failed to exhaust my remedies should a dismissal of a subsequent Lawsuit be filed. Poza v McCaughtry cert denied (2002)_

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_Medical To do The required Job and have the provider Not a Nurse See me._

___5-8-20___

Date

*Signature* — _Aaron Eaton_

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| RECEIVED JUN 08 2020 TRCI GRIEVANCE OFFICE Date Stamp | RECEIVED MAY 12 2020 TRCI GRIEVANCE OFFICE Date Stamp | Returned For Correction MAY 19 2020 TRCI GRIEVANCE OFFICE Date Stamp | ACCEPTED JUN 12 2020 TRCI GRIEVANCE OFFICE Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*     CD 117 (11/2019)

**S.E.R.-81**



## OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Rossi        Date: 6-4-20

State your issue in detail: I have clearly stated my issue refer to line 7 begins with the word "Medical" I'll clearly state that it should have said "Medical Provider" Patton is no longer here so Ive No clue as to the Name of my provider.

I fixed the "Whom are you grieving" to Medical Provider

Why did this take 16 days to get to my cell? Your Stamp reads, May 19ᵗʰ 20 as Returned for Correction yet it is June 4ᵗʰ at mail delivery 5pm when I get it back, what do you do onte you Stamp return for correction get it on your "wait Two weeks then put in mail pile"?

*Please answer this question* (margin note)

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Aaron Dale Eaton | 14997682 | Z |

Response/Action Taken: _____

_____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-123

S.E.R.-82



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

**To:** Eaton, Aaron Dale      **SID #:** 14997682      **Cell:** TRCI:02-07A
**From:** Rossi, H    **For A. Eynon,**    **Date:** 06/02/2020
           **TRCI Grievance Coordinator**

**Re:** Medical# TRCI_2020_05_077

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

A grievance must include a complete description of the incident or issue being grieved, including date and time of the incident or issue being grieved, and the specific individual responsible for the incident or issue.  Clearly state what occurred on you listed incident.

Also finish signing page .

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and grievance appeals returned for correction:

(a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules.

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from when the grievance or grievance appeal was originally returned to the AIC.

(c) If rewritten, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

SENT

JUN 02 2020

TRCI GRIEVANCE OFFICE

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

# NON-EMERGENCY HEALTH CARE REQUEST

Aaron Delय Eaton    14997682    2-7-19    2-24-20

Name      State ID#      Housing      Date

**Medications:**
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

**Glasses**
☐ Eye exam for glasses
☐ Repair

**Vaccines**
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

**Other Function**
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?

☐ Other issues – not sick:
_____
_____

Health Care request, issue, concern, or sickness:

My breathing difficult Im Having Troubles catching my
breath

---

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○ Provider   ○ Nursing staff

☐ Your request has been forwarded to: ○ Manager    ○ Optometry   ○ Support Services   ○ BHS
       ○ Pharmacy Technician ○ See attached health education handout

Additional Comments: _____

SICK CALL

Dietary

REC'D FEB 2 5 2020

Responder's Signature: _____    Date: _____

RN

EXHIBIT

CD 1738 9/2016

**S.E.R.-84**

## OREGON DEPARTMENT OF CORRECTIONS

**EXHIBIT** INMATE COMMUNICATION FORM

TO: Medical Staff                    Date: 2-28-20

State your issue in detail: I've Just found Black Mold in unit 2 Showers and the officer is having it cleaned My question is, Could my recent breathing issues be due to inhaling little bits of the Black mold over the past few month?

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Aaron Date Eaton | 14997682 | 2 |

Response/Action Taken: SICK CALL your scheduled

REC'D FEB 2 9 2020

Date Received: _____ Referred To*: _____

Date Answered: 3-1-2020    Signature of Staff Member: Schadeser

'If forwarded, please notify the inmate

CD 214 (12/04)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-126

EXHIBIT **OREGON DEPARTMENT OF CORRECTIONS**
**INMATE COMMUNICATION FORM**

TO: _Nurse Quick_      Date: _4-28-20_

State your issue in detail: _You called me yesterday and advised me To purchess Cleritian I Tried but The Canteen went To a Modified ordering because of quarinteen A.I.C's So There is No Alergy Meds, No Loratadin, Chest rub, or any Health No cough drops ect. Coated Even if They put some on the order form we now only get recieve or purchesses every Twe weeks So Iil not get any for a month or a month and a half._

_Please help._

| Inmate Committed Name (first middle last) | | SID# | Housing Unit |
|---|---|---|---|
| _Aaron_ _Dale_ _Eaton_ | | _14997682_ | _2-7A_ |

Response/Action Taken: _Zyrtce ordered for 5 days._

REC'D APR 28 2020
Date Received: _____ Referred To*: _____    Qu__
Date Answered: _4/28/2020_    Signature of Staff Member: _Deluier_   RN
'If forwarded, please notify the inmate

CD 214 (12/04)

Eaton, Aaron (IM) SID#14997682 v. Eynon, et al.; 2:20-CV-1251-SI
EATON-127

**S.E.R.-86**

EXHIBIT

## OREGON DEPARTMENT OF CORRECTIONS
### INMATE COMMUNICATION FORM

TO: _Medical Provider_  Date: _4·23·20_

State your issue in detail: _Back a few weeks ago I complaned about shortness of breath in my cell and during showers then Mold was found and bleached out of the showers my breathing seemed to come back but now it is hard to breath deeply like hurts to breath kinda the same as before but worse there is mold again in the showers and that is causing as fare as I can tell. The inhaler Albuteral is not working as well as it did, I'm using it more often and the amount of each dose is going up. I keep spitting up congestion and I've got the head ach again._

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Aaron Dale Eaton | 14997682 | Z |

Response/Action Taken: _Taking too much albuterol can cause a headache. Please do not take it more than it is prescribed I will sign you up for sickcall_

REC'D APR 2 4 2020

Date Received: _____  Referred To*: _____

Date Answered: _04.24.20_  Signature of Staff Member: _S. Ahyatkn_

'If forwarded, please notify the inmate

CD 214 (12/04)

**S.E.R.-87**

# What is Invasive Fungal Sinusitis?

There are two primary types of invasive fungal sinus infections, acute and chronic.

The acute version of fungal sinusitis is more serious and primarily occurs in people whose immune systems have been compromised. Fungi usually feed on dead organic matter, but weakened immune defenses can allow fungi to begin eating tissue that is still alive.

As the fungus reproduces, it spreads rapidly into the blood vessels, eye area, and central nervous system with devastating results. Acute invasive fungal sinusitis is a rare condition with a high mortality rate.

Fungal infection of the sinuses can occur when <u>fungal organisms are inhaled</u> and <u>deposited in the nasal passageways</u> and paranasal sinuses, <u>causing inflammation.</u> The dark, moist environment of the sinuses is ideal for fungi, which can reproduce without light or food.

Most fungal infections of the sinuses are noninvasive, meaning they won't spread to surrounding tissue.

Symptoms are similar to a sinus infection — <u>congestion</u>, <u>facial pain</u> and swelling, and <u>discharge</u> — but you may be severely ill with these symptoms.

At UPMC, the preferred surgical treatment for invasive fungal sinusitis is the <u>Endoscopic Endonasal Approach (EEA)</u>. This innovative, minimally invasive technique uses the nose and nasal cavities as natural corridors to access hard-to-reach or previously inoperable tumors. Benefits of EEA include:

- No incisions to heal
- No disfigurement
- Faster recovery time

**S.E.R.-88**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

**AARON DALE EATON,**
        **PLAINTIFF**

                                                    **CASE NO. 2:20-CV-01251-SI**

    **V.**

                                                    **ORCP 1 (e)**
                                                    **28 USC § 1746**
**Two Rivers Correctional Institution**              **DECLARATION**
**Grievance coordinator Eynon;**
**Two Rivers Correctional Institution**
**Grievance coordinator Rossi;**
**Two Rivers Correctional Institution**
**Physical Plant Manager Stark;**
**Two Rivers Correctional Institution**
**Physical Plant Asst. Manager Darcy;**
**Two Rivers Correctional Institution**
**Superintendent T. Blewett;**
**The Oregon Dept. Of Corrections.**
**IN THEIR INDIVIDUAL AND OFFICIAL**
**CAPACITIES AS APPROPRIAT**
        **DEFENDANTS**

**I, Aaron Dale Eaton, duly sworn, do declare to be true and the best of my belief and knowledge under penalty of perjury; I am over the age of twenty-one (21) and have personal knowledge of the matters stated herein; I have resided here at Two Rivers Correctional Institution (T.R.C.I.) 82911 Beach Access Road Umatilla, OR. 97882 Phone Number (541) 922-6050 in the care and custody of O.D.O.C. Since: 2017.**

        Aaron Dale Eaton is the plaintiff in the above-entitled action and is prosecuting this case

without the assistance of counsel. I have personally lived on other units and complained of molds and

within a week the molds were decontaminated by physical plant, yet it took about a year to get the

molds in the showers on unit two, to start to be decontaminated by replacing the tile in the showers.

**DATED THIS 2ⁿᵈ DAY OF NOVEMBER 2020.        Respectfully,**

                                            **(Signature)**

                                            **Print Name:Aaron Dale Eaton**
                                            **S.I.D. No14997682**
                                            **O.D.O.C. - T.R.C.I.**
                                            **82911 Beach Access Rd.**
                                            **Umatilla, OR. 97882**

**S.E.R.-89**

## CERTIFICATE OF SERVICE

**CASE NAME:** Eaton _____ v. Eynon et al _____

**CASE NUMBER:** (if known) 2:20-01251-SI _____

COMES NOW, Aaren Dale Eaton _____, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at <u>Two Rivers Correctional Institution (TRCI)</u>.

That on the 2nd day of November ___, 20 2 0, I personally gave Two Rivers Correctional Institution's e-filing service A TRUE COPY of the following:

Letter To The Court
Motion to Compell The production copy & 2nd Supl 4nd
Declaration in Support of Molds on other units being
decontemigted fast.

_____
(Signature)

Print Name Aaren Dale Eaton ___

S.I.D. No.: 14997682 ___

_____

Page 1 of 1 –Certificate of Service

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I directed the Supplemental

Excerpts of Record to be electronically filed with the Clerk of the Court for the

United States Court of Appeals for the Ninth Circuit by using the appellate

CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the appellate CM/ECF system.

/s/  Peenesh Shah
_____
PEENESH SHAH
Assistant Attorney General
peenesh.h.shah@doj.state.or.us

Attorney for Defendants-Appellees
Eynon, Two Rivers Correctional Grievance
Coordinator, et al